# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:22-cr-00282 |
| | ) JUDGE RICHARDSON |
| | ) |
| GLEN CASADA and | ) |
| CADE COTHREN, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendant Glen Casada, through counsel and pursuant to Fed.R.Crim.P. 12, moves this Court to Dismiss the Indictment in this matter. In support, Casada relies upon and incorporates the contemporaneously filed Memorandum of Law.

Respectfully submitted,

 /s/ Jonathan P. Farmer
Edward M. Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com

Counsel for Glen Casada

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following. I will serve a copy of this sealed pleading on same.

Amanda Klopf
John Taddei
Assistant US Attorneys
US Attorney Office - Middle District
719 Church St. Suite 3300
Nashville, TN 37203
Amanda.klopf@usdoj.gov
John.Taddei@usdoj.gov

Counsel for United States of America

/s/ Jonathan P. Farmer