IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:22-CR-00282 |
| GLEN CASADA and | ) Judge Eli J. Richardson |
| CADE COTHREN, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT CADE COTHREN'S MOTION TO EXTEND DEADLINES FOR PRETRIAL MOTIONS AND TO DISCLOSE EXPERT WITNESSES

Comes now Defendant Cade Cothren, by and through undersigned counsel, and hereby moves this Honorable Court for an Order extending the deadlines for Mr. Cothren to file pretrial motions and to disclose expert witnesses until August 24, 2023. In support, Mr. Cothren would show:

1. The deadline for Mr. Cothren to file pretrial motions is July 25, 2023 (Doc. No. 49).

2. The deadline for the parties to disclose expert witnesses is July 31, 2023 (Doc. No. 49).

3. The government produced additional discovery on July 20, 2023.

4. In addition to the government's most recent production, the government represented on July 24, 2023 that Mr. Cothren should expect "additional rolling production as [they] receive additional records from the FBI."

5. Mr. Cothren requires time to review and analyze the supplemental discovery productions and determine if any pretrial motions and/or expert witnesses are necessary.

6. Undersigned counsel has conferred with Trial Attorney for the United States Department of Justice John Taddei who states that the government does not oppose Mr. Cothren's Motion to extend the above-referenced deadlines until August 24, 2023.

7. Mr. Cothren does not waive any right to seek further relief from the Court necessitated from the government's recent as well as expected "rolling" discovery production.

For all the above reasons, Mr. Cothren respectfully requests this Court enter an Order extending the deadlines for Mr. Cothren to file pretrial motions and to disclose expert witnesses until August 24, 2023.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system to:

Amanda J. Klopf, Esq.
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Amanda.Klopf@usdoj.gov

John P. Taddei, Esq.
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov

on this the 24th day of July 2023.

/s/ Cynthia A. Sherwood