UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) No. 3:22-cr-00282 |
| GLEN CASADA and CADE COTHREN. | ) ) ) |

## GOVERNMENT'S NOTICE TO THE COURT REGARDING RULE 404(B) EVIDENCE

The United States of America, by and through the undersigned attorneys, respectfully notifies the Court that on August 8, 2023, the government sent a letter to defense counsel notifying the defendants, Glen Casada and Cade Cothren, that the government may introduce evidence pursuant to Federal Rule of Evidence 404(b).

Respectfully submitted,

THOMAS JAWORSKI
Attorney for the United States
Middle District of Tennessee
Acting Under Authority Conferred by 28 U.S.C. § 515

By: /s/ Amanda Klopf
AMANDA KLOPF
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5151
Email: Amanda.Klopf@usdoj.gov

/s/ John P. Taddei
JOHN P. TADDEI
State of New York Bar No. 5138466
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
Phone: (202) 514-3885
Email: john.taddei@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

>*/s/ Amanda J. Klopf*
>AMANDA J. KLOPF
>Assistant United States Attorney

August 8, 2023