IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:22-cr-00282 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| | ) |
| [1] GLEN CASADA | ) |
| [2] CADE COTHREN | |

## ORDER

Pending before the Court is the Government's "Motion to Withdraw Filing" (Doc. No. 82, "Motion"), wherein the Government seeks with withdraw its previously filed Motion to Compel Reciprocal Discovery (Doc. No. 72). For the reasons stated and good cause shown, the Motion is GRANTED. Accordingly, the Clerk is directed to strike Doc. No. 72 from the docket.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE