IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | Judge Eli J. Richardson |
| CADE COTHREN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE

In response to the Court's request that counsel for Mr. Cothren file a Notice stating the parties' preference for additional briefing regarding the pending Motions to Dismiss and Motion to Strike Surplusage (Doc. Nos. 59, 64, and 65), Mr. Cothren hereby gives notice to the Court that the parties do not intend to seek leave to file any additional briefing. To the extent that there are issues or areas of concern not addressed at the November 29, 2023 telephonic conference that the Court seeks clarity on, the parties' positions are that they are available to respond as the Court directs, and Mr. Cothren would prefer the opportunity to address the same during oral argument if the Court deems that helpful to its resolution of the outstanding Motions.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood
Austin M. Correll
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system:

Amanda J. Klopf, Esq.
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Amanda.Klopf@usdoj.gov

John P. Taddei, Esq.
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov

on this the 4th day of December 2023.

                                                /s/ Cynthia A. Sherwood