# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CADE COTHREN'S
## MOTION FOR LEAVE TO FILE EX PARTE MOTION UNDER SEAL

Comes now Defendant Cade Cothren, by and through undersigned counsel, and respectfully requests leave to file the following documents under seal pursuant to Local Rule 5.03(a): Memorandum of Law in Support of Motion for Leave to File Ex Parte Motion Under Seal and Omnibus Ex Parte Motion. From the face of the sealed documents, and as explained more fully in the Motion, it is clear that the interests in favor of sealing these documents outweigh the legitimate interests of the public or the government in accessing the sealed documents.

The filing of a redacted version of either of these documents is impractical under the circumstances. Mr. Cothren seeks to file his Memorandum of Law in Support of this Motion under seal in its totality and his Omnibus Ex Parte Motion under seal and ex parte in its totality.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following via the email:

Amanda J. Klopf, Esq.
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Amanda.Klopf@usdoj.gov

John P. Taddei, Esq.
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov

Edward M. Yarbrough
Jonathan P. Farmer
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1000
Nashville, TN 27319
eyarbrough@spencerfane.com
jfarmer@spencerfane.com

on this the 2nd day of January 2024.

/s/ Cynthia A. Sherwood