UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CADE COTHREN'S
## WAIVER OF SPEEDY TRIAL

I, Cade Cothren, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan for Prompt Disposition of Criminal Cases adopted by this Court, and have further been advised that my case is currently set for trial on March 5, 2024, and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial no later than December 2024 and, in so doing, waive my rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases.

_____
Cade Cothren (Jan 17, 2024 10:18 CST)
Cade Cothren

Jan 17, 2024
_____
Date