UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case Number 3:22-cr-00282 |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |

## ORDER

The Government's Unopposed Motion to Continue Telephonic Hearing and Stay Pretrial Deadlines (Doc. No. 112) is GRANTED. The Court will hold a rescheduled telephonic conference on **February 2, 2024, at 1:00 p.m.** to address the pending motion to dismiss, motion to strike and, if appropriate, motion to continue. All pretrial deadlines are stayed pending the rescheduled telephonic hearing.

Counsel may access the conference call by dialing 877-402-9757. When prompted, enter the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE