> The motion is granted. From the face of the sealed documents, it is clear that the interests in favor of sealing outweigh the legitimate interests of the public in accessing the sealed documents. The Clerk is directed to file docket entries 104 and 105 under seal.
>
> *Eli Richardson*

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| **GLEN CASADA** and ) | District Judge Eli J. Richardson |
| **CADE COTHREN** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT CADE COTHREN'S
### MOTION FOR LEAVE TO FILE EX PARTE MOTION UNDER SEAL

Comes now Defendant Cade Cothren, by and through undersigned counsel, and respectfully requests leave to file the following documents under seal pursuant to Local Rule 5.03(a): Memorandum of Law in Support of Motion for Leave to File Ex Parte Motion Under Seal and Omnibus Ex Parte Motion. From the face of the sealed documents, and as explained more fully in the Motion, it is clear that the interests in favor of sealing these documents outweigh the legitimate interests of the public or the government in accessing the sealed documents.

The filing of a redacted version of either of these documents is impractical under the circumstances. Mr. Cothren seeks to file his Memorandum of Law in Support of this Motion under seal in its totality and his Omnibus Ex Parte Motion under seal and ex parte in its totality.