IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:22-cr-00282-02 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| CADE COTHREN | ) | |
| | ) | |

## ORDER

Pending before the Court is "Defendant's Emergency Motion to Quash Search Warrant and for an Immediate Protective Order Prohibiting Processing or Review of Materials Seized Pending a Hearing." (Doc. No. 119, "Motion"). The Government shall provide an initial response to the Motion by close of business on February 2, 2024. The response shall address the emergency nature of the Motion and the undersigned district judge's authority to quash a search warrant issued by another judicial official in relation to a separate investigation into potential crimes not alleged in an indictment pending before the undersigned.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE