IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:22-cr-00282-02 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| CADE COTHREN | ) | |
| | ) | |

## ORDER

Pending before the Court is "Defendant's Emergency Motion to Quash Search Warrant and for an Immediate Protective Order Prohibiting Processing or Review of Materials Seized Pending a Hearing." (Doc. No. 119, "Motion"). The Government has been ordered to respond to the Motion by close of business on February 2, 2024. (Doc. No. 121, "Order"). In addition to the information requested via the Order, the Government should indicate in response the extent to which it is willing to cease its processing and review of the contents of Defendant Cothren's phone pending the telephonic status conference scheduled for Monday, February 5, 2024, at 3:00 p.m.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE