IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:22-cr-00282 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| | ) | |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |

## ORDER

In light of recent developments, the telephonic status conference scheduled for Monday, February 5, 2023, at 3:00 p.m. is hereby repurposed for addressing the pending Emergency Motion to Quash Search Warrant (Doc. No. 119) and the two pending Motions to Continue (Doc. Nos. 109 and 117). A subsequent telephonic conference to address the Motion to Strike Surplusage (Doc. No. 64) and the Motion to Dismiss the Indictment (Doc. No. 65) will be set in the near future.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE