UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:22-cr-00282 |
| | ) | |
| CADE COTHREN | ) | |

### ORDER APPOINTING CJA PANEL ATTORNEY AND DIRECTING
### U.S. MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE

The individual named below has provided a sworn financial affidavit or otherwise satisfied this Court that he/she (1) is financially unable to retain counsel or pay for expert services, and (2) does not waive his/her right to counsel. Because the interests of justice so require, the Court finds that the Defendant is indigent and that counsel should be appointed.

IT IS ORDERED that **Cynthia A. Sherwood, Esq, Nashville, TN,** is hereby appointed to represent Defendant, **Cade Cothren.**

IT IS FURTHER ORDERED that the Clerk of this Court shall issue subpoenas upon oral request and submission of prepared subpoenas by Appointed Counsel. Counsel may serve those subpoenas directly on witnesses or request that the United States Marshals Service serve the defense subpoenas without further Order from this Court. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witnesses subpoenaed on behalf of the Government. The Court is satisfied the Defendant is unable to pay fees and expenses of subpoenaed witnesses pursuant to Federal Rule of Criminal Procedure Rule 17(b), and the United States Marshals Service shall provide such subpoenaed witnesses advance funds for the purpose of travel and subsistence. For any subpoenas served on behalf of the Defendant, the return of service to this Court shall be sealed and served only on Appointed Counsel, unless otherwise ordered.

IT IS FURTHER ORDERED that, upon motion of the Government, the Court may order repayment or partial repayment from Defendant for the attorney and witness fees for these services should it appear Defendant has such ability at a later time.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE