# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **Case No. 3:22-CR-00282** |
| GLEN CASADA and ) | **District Judge Eli J. Richardson** |
| CADE COTHREN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Joy Longnecker and the law firm of Barnes & Thornburg LLP have changed the address of their Nashville office, effective immediately. The new address is as follows:

Joy Boyd Longnecker
Barnes & Thornburg LLP
1600 West End Avenue, Suite 800
Nashville, TN 37203
Joy.longnecker@btlaw.com
Tel: (615) 621-6012

Respectfully Submitted,

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
1600 West End Avenue
Suite 800
Nashville, TN 37203-3447
T: 615-621-6012
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system:

Taylor J. Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

John P. Taddei, Esq.
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov

Blake J. Ellison
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave. NW
10th Floor
Washington, DC 20530
blake.ellison@usdoj.gov

Edward M. Yarbrough
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com

Jonathan P. Farmer
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
jfarmer@spencerfane.com

Cynthia A. Sherwood
Sherwood Boutique Litigation, PLC
414 Union Street
Suite 1110
Nashville, TN 37219
cynthia@sherwoodlitigation.com

on this the 30th day of May.

/s/ Joy Boyd Longnecker