> This motion is GRANTED.
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:22-cr-00282 |
| | ) JUDGE RICHARDSON |
| GLEN CASADA and CADE COTHREN, | ) |
| Defendants. | ) |

### DEFENDANT GLEN CASADA'S UNOPPOSED MOTION TO JOIN DEFENDANT CADE COTHREN'S MOTION TO EXTEND DEADLINE

On July 3, 2024, Cade Cothren filed an Unopposed Motion to Extend Deadline to File Pretrial Motions. See Dkt. 151. Glen Casada, through counsel, joins in Cothren's motion for the same reasons, and requests the same relief. The Government does not oppose the Motion.

Respectfully submitted,

/s/ Jonathan P. Farmer
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

*Counsel for Defendant Glen Casada*