# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CADE COTHREN'S
## MOTION FOR LEAVE TO FILE UNDER SEAL AND EX PARTE

Comes now Defendant Cade Cothren, by and through undersigned counsel, and respectfully requests leave to file the following pleading under seal pursuant to Local Rule 5.03(a) and ex parte for the same reasons set forth in Mr. Cothren's Sealed Memorandum of Law in Support of Motion for Leave to File Under Seal and Ex Parte (Doc. No. 104). The following document, which Mr. Cothren is requesting leave to file under seal and ex parte, is directly related to multiple previously sealed documents (Doc. Nos. 104, 105, 132, 136, and 146).

From the face of the sealed document, it is clear that the interests in favor of sealing the document, including Mr. Cothren's interests in preserving the attorney-client privilege and his privacy, outweigh the legitimate interests of the public or the government in accessing the sealed document. The filing of a redacted version of this document is impractical under the circumstances of the information presented in Mr. Cothren's filing. Mr. Cothren seeks to file his pleading under seal in its totality.

WHEREFORE, PREMISES CONSIDERED, Mr. Cothren respectfully moves this Honorable Court for leave to file his pleading under seal and ex parte in its entirety.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system:

Taylor J. Phillips, Esq.
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Taylor.Phillips@usdoj.gov

John P. Taddei, Esq.
Blake J. Ellison, Esq.
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov

Edward M. Yarbrough, Esq.
Jonathan P. Farmer, Esq.
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1000
Nashville, TN 27319
eyarbrough@spencerfane.com
jfarmer@spencerfane.com

on this the 28th day of August 2024.

/s/ Cynthia A. Sherwood