UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:22-cr-00282 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |
|    Defendants. | ) | |
| | ) | |
| _____ | ) | |
| ROBIN SMITH, | ) | |
|    Intervenor. | ) | |

**GOVERNMENT'S REPLY TO INTERVENOR ROBIN SMITH'S
<u>MOTION TO SUPPRESS</u>**

In response to the Court's August 27, 2024 order, (D.E. #164), the Government reaffirms the representations made in its Response. (D.E. #161.)

Respectfully submitted,

THOMAS JAWORSKI  
Attorney for the United States  
Middle District of Tennessee  
Acting Under Authority Conferred by 28 U.S.C. § 515

COREY R. AMUNDSON  
Chief  
Public Integrity Section

By:
*/s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS  
Assistant U.S. Attorney  
719 Church Street, Ste. 3300  
Nashville, TN 37203  
(615) 736-5151  
Email: taylor.phillips@usdoj.gov

By:
*/s/ John P. Taddei*
JOHN P. TADDEI  
BLAKE J. ELLISON  
Trial Attorneys  
1301 New York Ave. NW  
Washington, DC 20530  
(202) 514-3885  
Email: john.taddei@usdoj.gov;
blake.ellison@usdoj.gov