UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-cr-00282 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |
| ) | |

**GOVERNMENT'S NOTICE TO THE COURT REGARDING 404(B) EVIDENCE**

The United States of America, by and through the undersigned attorneys, respectfully notifies the Court that on September 17, 2024, the government sent a letter to defense counsel notifying the defendants, Glen Casada and Cade Cothren, supplementing its August 8, 2023 notice pursuant to Federal Rule of Evidence 404(b).

Respectfully submitted,

THOMAS JAWORSKI
Attorney for the United States
Middle District of Tennessee
Acting Under Authority Conferred by 28 U.S.C. § 515

COREY R. AMUNDSON
Chief
Public Integrity Section

By:

/s/ Taylor J. Phillips
TAYLOR J. PHILLIPS
Assistant U.S. Attorney
719 Church Street, Ste. 3300
Nashville, TN 37203
(615) 736-5151
Email: taylor.phillips@usdoj.gov

By:

/s/ John P. Taddei
JOHN P. TADDEI
BLAKE J. ELLISON
Trial Attorneys
1301 New York Ave. NW
Washington, DC 20530
(202) 514-3885
Email: john.taddei@usdoj.gov;
blake.ellison@usdoj.gov