UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and | ) | District Judge Eli J. Richardson |
| CADE COTHREN | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CADE COTHREN'S UNOPPOSED MOTION TO JOIN DEFENDANT GLEN CASADA'S MOTION IN LIMINE #4

Defendant Cade Cothren, by and through undersigned counsel, respectfully submits this Motion to Join Defendant Glen Casada's Motion in Limine #4. Doc. No. 188. Mr. Casada and Mr. Cothren are similarly situated in that both are named Defendants in each count of the Indictment, either as committing the alleged criminal violations or as aiding and abetting the other in the commission of the alleged criminal violations. Common issues of fact and law underlay the allegations against Mr. Casada and Mr. Cothren such that Mr. Cothren's joinder to and adoption of Mr. Casada's Motion in Limine is proper.

Undersigned counsel has conferred with the United States Attorney's Office regarding this Motion. The United States Attorney's Office has no opposition to this Motion.

Accordingly, Mr. Cothren respectfully moves this Court to allow him to join Defendant Glen Casada's Motion in Limine #4.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
1600 West End Ave., Suite 800
Nashville, TN 37203
T: 615-621-6012
joy.longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was electronically filed with the Clerk on September 20, 2024, and service was made upon all persons registered in that case via CM/ECF and/or by email.

Edward M. Yarbrough
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com

Jonathan P. Farmer
Steven C. Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
jfarmer@spencerfane.com
cfann@spencerfane.com

John P. Taddei
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov

Ben M. Rose (TN BPR No. 21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
ben@rosefirm.com

Taylor J. Phillips
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

Blake J. Ellison
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave. NW, 10th Fl.
Washington, DC 20530
blake.ellison@usdoj.gov

W. David Bridgers
L. Wells Trompeter
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
david.bridgers@hklaw.com
wells.trompeter@hklaw.com

/s/ Cynthia A. Sherwood