UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-cr-00282 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |
| ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL AND EX PARTE**

The United States respectfully requests leave to file a motion under seal pursuant to Administrative Order No. 167-1, Section 5.07. Specifically, the government asks leave to file under seal a motion pursuant to Federal Rule of Criminal Procedure 16(d)(1), which authorizes the Court to, among other things, restrict discovery upon a showing of good cause. The Rule contemplates that the showing of good cause may be made "by a written statement that the court will inspect ex parte." *Id.*

Aside from the text of the Rule explicitly authorizing *ex parte* filings, the proposed motion here discusses matters which are ongoing; involve confidential human sources; and/or involve uncharged derogatory information that the government does not intend to prove at trial. The factual bases justifying the *ex parte* request are further developed in the motion itself.

The government will file as an exhibit to its motion a version of its *ex parte* request which redacts sensitive material.

Respectfully submitted,

| | |
|---|---|
| THOMAS JAWORSKI<br>Attorney for the United States<br>Middle District of Tennessee<br>Acting Under Authority Conferred by 28<br>U.S.C. § 515 | COREY R. AMUNDSON<br>Chief<br>Public Integrity Section |

By: _/s/ Taylor J. Phillips_
TAYLOR J. PHILLIPS
Assistant U.S. Attorney
719 Church Street, Ste. 3300
Nashville, TN 37203
(615) 736-5151
taylor.phillips@usdoj.gov

By: _/s/ John P. Taddei_
JOHN P. TADDEI
BLAKE J. ELLISON
Trial Attorneys
1301 New York Ave. NW
Washington, DC 20530
(202) 514-3885
john.taddei@usdoj.gov;
blake.ellison@usdoj.gov

2