UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282

UNITED STATES OF AMERICA

Judge: Eli Richardson

V.

Hearing Date: 10/3/2024

[1] GLEN CASADA
[2] CADE COTHREN

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Debbie Watson

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillip, John Taddei and Blake Ellison

Defense Attorney(s): [1] Jonathan Farmer and Chase Fann (See Comments)

## TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding ☑
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

[2] Cynthia Sherwood and Joy Longnecker

Telephone conference held – Defendant Cothren's Motion to Continue Trial (DE 218) and Defendant Casada's Motion for Joinder (DE 219) granted. Upon the filing of a Waiver of Speedy Trial, the Court will enter an order rescheduling the trial to April 22, 2025. On or before October 11, 2024, the parties shall offer a proposed order regarding particular relief to be awarded on the Intervenor's the motion to suppress.

Total Time in Court: 19 Minutes

Clerk of Court
by: Julie Jackson