# CONFIDENTIAL JUROR QUESTIONNAIRE

1. Print Full Name: _____

2. Age: _____ Gender: _____ Race: _____

3. What city, town or community do you live in? _____

4. Are you: ( mark all that apply) ___ Employed Full-Time ___Employed Part-Time ___Self-Employed ___Homemaker ___Unemployed ___Disabled ___Student ___Retired (for how many years? ____)

5. Please list your current employer's job title (if retired or unemployed list your prior job).
   _____

6. What is your marital or relationship status and length of relationship?
   _____

7. What is your spouse/partner's age and occupation? _____

8. Have you ever served in the Military? If YES, please state which branch of the military, the dates of your service, and (if applicable) the type of military discharge you received.
   _____

9. Has a close family member (parent, sibling, spouse/partner, or child) served in the military? If YES, please state which branch of the military, the dates of their service, and (if applicable) the type of military discharge the family member received.
   _____

## EXPERIENCE WITH THE LEGAL SYSTEM

10. Have you ever served as a juror? ____No ___Yes – Civil case ___Yes – Criminal case ___Yes – Grand Jury

    For each trial, state when, where, what the case was about, whether you were the foreperson, and the outcome:
    _____

11. The trial of this case is expected to last approximately four (4) weeks. If you were selected, would you be able to serve as a juror for this period of time? ___ Yes ___No
    If NO, please explain: _____

12. Have you ever testified as a witness in court or in a deposition? ___ Yes ___No
    If YES, please explain: _____

1

13. Have you assisted in a police investigation ___Yes ___No

    If YES, please explain: _____
    _____

14. Have you ever worked, applied for work, or volunteered for any law enforcement agency? ___Yes ___No

    If YES, please describe the job, agency, location and timeframe:
    _____

15. Has a close family member (as previously defined) ever worked, applied for work, or volunteered for any law enforcement agency? ___Yes ___No

    If YES, please describe the job, agency, location, and timeframe:
    _____
    _____

16. Do you have regular contact with any law enforcement agencies, employees, or officers through your work, your neighborhood, or in your social life? ___Yes ___ No

    If YES, please explain. _____
    _____

17. Have you or a close family member (as previously defined) ever worked in the legal field or attended law school? ___Yes ___No

    If YES, please explain. _____
    _____

18. Have you or a close family member (as previously defined) ever worked for or been actively involved in politics, a Political Action Committee (PAC) or an organization that is associated with a political party ? ___Yes ___No

    If YES, please describe the work/involvement, the timeframe, and the organization
    _____
    _____

19. Do you have any special interest, knowledge, or training in political campaigns, political fundraising, or political consulting?
    ___Yes ___No

    If YES, please explain. _____
    _____

20. Have you or a close family member (as previously defined) ever run for public office? ___Yes ___No

   If YES, please describe who ran for public office, the timeframe of the campaign, the public office that was pursued, and the outcome of the race:
   _____
   _____

21. Have you or a close family member (as previously defined) ever been involved in a political campaign or political committee? ___Yes ___No

   If YES, please describe the campaign, the timeframe of the campaign, which public office was pursued, and the outcome of the race:
   _____
   _____

22. Have you or a close family member (as previously defined) ever donated to or otherwise contributed to a political candidate? ___Yes ___No

   If YES, please identify the candidate(s) and the year of the contribution(s) or donation(s):
   _____

23. Have you or a close family member (as previously defined) ever been accused of, charged with, convicted, or acquitted of a crime? ___Yes ___No

   If YES, please describe the situation, outcome, and timeframe: _____
   _____

24. Do you have strong negative opinions about politics and/or politicians in general? ___ Yes ___No

   If YES, please describe what has led you to form those opinions:_____
   _____
   _____

## KNOWLEDGE OF THE CASE

Glen Casada of Williamson County, Tennessee and Cade Cothren of Lawrence County, Tennessee are both charged with offenses related to allegations that they, along with Robin Smith, misused funds belonging to the State of Tennessee. Glen Casada and Robin Smith were elected state representatives; Cade Cothren served as chief of staff for Casada. The allegations concern constituent mail services performed by Smith's and Casada's companies, with the assistance of Phoenix Solutions, a company owned by Cothren. The Indictment accuses Casada, Cothren, and Smith of concealing their involvement with Phoenix Solutions in order to profit from their constituent mail work. An indictment merely contains allegations by the government, and Casada and Cothren are presumed innocent. Casada and Cothren both entered a plea of not guilty to these charges and deny that they committed, or conspired to commit, any offenses.

25. Have you read, seen, or heard anything about this case?  ___Yes  ___No

    If YES, please describe where you got the information and what you recall seeing, hearing, or reading about this case:
    _____
    _____

26. Do you know any of the people listed above?  ___Yes  ___No
    If YES, please state who and describe how you know the person(s):
    _____
    _____

27. Have you formed an opinion about Casada, Cothren, or Smith based on the news stories you have read or heard or the comments you have read or heard other people make about the case or any of these individuals?
    ___ Yes  ___No

    If YES, please describe what has led you to form those opinions:
    _____
    _____

28. If you answered "Yes" to Question 25, 26, or 27 do you believe that your opinions of this case will probably be impacted by the media you have read or heard about?
    _____
    _____

*Under the penalty of perjury, I hereby affirm that I have answered these questions truthfully and completely to the best of my ability.*

_____
*Signature*