UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| ) | |
| GLEN CASADA and ) | |
| CADE COTHREN, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT GLEN CASADA'S NOTICE OF COMPLIANCE

Defendant Glen Casada, through counsel, provides notice herein that he has complied with the Court's Order (Doc. No. 241) and pursuant to Court Order certifies as to the following:

1. Neither Casada nor his counsel have access to, have reviewed, or have used any of the Quarantined Files;

2. Defendant Casada through counsel has returned and/or destroyed all copies of the Unfiltered Devices containing Quarantined Files within his possession, custody or control;

3. Neither Defendant Casada nor his counsel have retained any privileged materials from the Unfiltered Devices; and

4. No third parties were provided access to the Quarantined Files or Unfiltered Devices.

Respectfully submitted,

*/s/ Jonathan P. Farmer*
Edward M. Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

*Counsel for Defendant Glen Casada*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

*/s/ Jonathan P. Farmer*
Jonathan P. Farmer