# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Come now Defendants Glen Casada and Cade Cothren, by and through undersigned counsel, and respectfully request leave from this Court to file Exhibit A to their Joint Motion to Compel Disclosure of Identities of Government's Confidential Sources under seal pursuant to Local Rule 5.03(a) and the Protective Order in this matter (Doc. No. 23). The following document, which Defendants are requesting leave to file under seal, is a search warrant affidavit which was produced in the government's discovery productions.

The Protective Order in this matter limits the dissemination of "any and all discovery material the United States produces to the defendants" to Defendants, their counsel, and agents or entities acting on behalf of Defendants and/or their counsel. Doc. No. 23 at ¶ 1. From the nature of the sealed document and the Protective Order, it is clear that the interests in favor of sealing the document outweigh the interests of the public in accessing the sealed document.

The filing of a redacted version of this document is impractical under the circumstances.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
1600 West End Avenue
Suite 800
Nashville, TN 37203
T: 615-621-6012
joy.longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

**Spencer Fane LLP**

/s/ Jonathan P. Farmer
Edward M. Yarbrough
Jonathan P. Farmer
Steven C. Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
*Counsel for Defendant Glen Casada*

2

Case 3:22-cr-00282    Document 259    Filed 02/25/25    Page 2 of 3 PageID #: 1654

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was electronically filed with the Clerk on February 25, 2025, and service was made upon the following via CM/ECF and/or by email.

| | |
|---|---|
| Edward M. Yarbrough<br>Jonathan P. Farmer<br>Steven C. Fann<br>Spencer Fane LLP<br>511 Union Street<br>Suite 1000<br>Nashville, TN 37219<br>eyarbrough@spencerfane.com<br>jfarmer@spencerfane.com<br>cfann@spencerfane.com<br><br>John P. Taddei<br>Blake J. Ellison<br>U.S. Department of Justice<br>Public Integrity Section<br>1301 New York Ave. NW<br>Ste 10th Floor<br>Washington, DC 20530<br>john.taddei@usdoj.gov<br>blake.ellison@usdoj.gov | Taylor J. Phillips<br>U.S. Attorney's Office<br>719 Church Street<br>Suite 3300<br>Nashville, TN 37203<br>taylor.phillips@usdoj.gov<br><br>W. David Bridgers<br>L. Wells Trompeter<br>Holland & Knight LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>david.bridgers@hklaw.com<br>wells.trompeter@hklaw.com<br><br>Ben M. Rose<br>RoseFirm, PLLC<br>Post Office Box 1108<br>Brentwood, Tennessee 37024<br>ben@rosefirm.com<br><br>/s/ Cynthia A. Sherwood |