UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CADE COTHREN'S
## MOTION FOR LEAVE TO FILE UNDER SEAL AND EX PARTE

Comes now Defendant Cade Cothren, by and through undersigned counsel, and respectfully requests leave to file the following pleading under seal pursuant to Local Rule 5.03(a) and ex parte for the same reasons set forth in Mr. Cothren's Sealed Memorandum of Law in Support of Motion for Leave to File Under Seal and Ex Parte (Doc. No. 104). The following document, which Mr. Cothren is requesting leave to file under seal and ex parte, is directly related to multiple previously sealed documents.

From the face of the sealed document, it is clear that the interests in favor of sealing the document, including Mr. Cothren's interests in preserving the attorney-client privilege and his privacy, outweigh the legitimate interests of the public or the government in accessing the sealed document. The filing of a redacted version of this document is impractical under the circumstances of the information presented in Mr. Cothren's filing. Mr. Cothren seeks to file his pleading under seal in its totality.

WHEREFORE, PREMISES CONSIDERED, Mr. Cothren respectfully moves this Honorable Court for leave to file his pleading under seal and ex parte in its entirety.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was electronically filed with the Clerk on March 5, 2025, and service was made upon the following via CM/ECF and/or by email.

Edward M. Yarbrough
Jonathan P. Farmer
Steven C. Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

John P. Taddei
Blake J. Ellison
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

Taylor J. Phillips
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

W. David Bridgers
L. Wells Trompeter
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
david.bridgers@hklaw.com
wells.trompeter@hklaw.com

Ben M. Rose
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
ben@rosefirm.com

/s/ Cynthia A. Sherwood