UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Case No. 3:22-cr-00282 |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |

## ORDER

As discussed during the telephonic conference call held on April 7, 2025, "Defendants' Joint Motion to Compel Disclosure of Identities of Government's Confidential Sources" (Doc. No. 257) is DENIED "Defendant Cade Cothren's Motion in Limine to Limit Case Agent Testimony [ ]" (Doc. No. 182) is DENIED without prejudice to Defendants raising any objections at trial as they see fit. Defendant Cade Cothren's Motion in Limine to Exclude Investigator Evidence and Supporting Memorandum of Law (Doc. No. 183) is DENIED without prejudice as moot.

As also discussed during the April 7, 2025 call, a telephone conference is scheduled for **April 16, 2025, at 9:00** for the Court to announce its rulings nn the remaining motions in limine (as preceded by any necessary dialogue with counsel). Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273, followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE