UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and | ) | District Judge Eli J. Richardson |
| CADE COTHREN | ) | |
| | ) | |
| Defendants. | ) | |

# SPECIAL VERDICT FORM / GLEN CASADA

We, the jury, unanimously find the following:

**COUNT ONE**

Question 1. With respect to the charge in Count One of the indictment for conspiracy to commit certain offenses against the United States, we find the defendant Glen Casada:

Guilty _____ Not Guilty _____

If you answered Guilty in response to Question 1, proceed to Question 1(a).

If you answered Not Guilty in response to Question 1, skip Question 1(a) and proceed to Count 2.

Question 1(a). With respect to Count One, we find the defendant Glen Casada knowingly combined, conspired, confederated, and agreed with defendant Cade Cothren, and others known and unknown to the grand jury, to commit one or more of the following offenses (only pick the offenses that apply):

_____ Theft By Fraud from Programs Receiving Federal Funds

_____ Soliciting Bribes and Kickbacks Concerning Programs Receiving Federal Funds

_____ Payment of Bribes and Kickbacks Concerning Programs Receiving Federal Funds

_____ Honest Services Wire Fraud

Proceed to COUNT TWO.

**COUNT TWO**

Question 2. With respect to the charge in Count Two of the indictment, commission of theft by fraud from a program receiving federal funds under 18 U.S.C. §§666(a)(1)(A), 2, we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT THREE**

Question 3. With respect to the charge in Count Three of the indictment, solicitation of bribery and kickbacks concerning programs receiving federal funds under 18 U.S.C. §§666(a)(1)(B), 2, we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT FOUR**

Question 4. With respect to the charge in Count Four of the indictment, aiding and abetting Cade Cothren in the payment of bribes and kickbacks concerning programs receiving federal funds under 18 U.S.C. §§666(a)(2), 2, we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT FIVE**

Question 5. With respect to the charge in Count Five of the indictment - commission of honest services wire fraud under 18 U.S.C. §§1343, 1346, 2, and that the following communication

was sent or caused to be sent by Defendant Casada in furtherance of the scheme to commit honest services wire fraud (January 15, 2020, Email from matthew@powerofphoenix.com to the Tennessee House Majority Caucus Advisor), we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT SIX**

Question 6. With respect to the charge in Count Six of the indictment - commission of honest services wire fraud under 18 U.S.C. §§1343, 1346, 2, and that the following communication was sent or caused to be sent by Defendant Casada in furtherance of the scheme to commit honest services wire fraud (January 24, 2020, Email from Robin Smith to House Speaker's Acting Chief of Staff)), we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT SEVEN**

Question 7. With respect to the charge in Count Seven of the indictment - commission of honest services wire fraud under 18 U.S.C. §§1343, 1346, 2, and that the following communication was sent or caused to be sent by Defendant Casada in furtherance of the scheme to commit honest services wire fraud (February 5, 2020, Apple iMessage from Glen Casada to Robin Smith), we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT EIGHT**

Question 8. With respect to the charge in Count Eight of the indictment - commission of honest services wire fraud under 18 U.S.C. §§1343, 1346, 2, and that the following communication

was sent or caused to be sent by Defendant Casada in furtherance of the scheme to commit honest services wire fraud (February 10, 2020, Apple iMessage from Robin Smith to Cade Cothren), we find Glen Casada:

    Guilty _____ Not Guilty _____

**COUNT NINE**

    Question 9. With respect to the charge in Count Nine of the indictment - commission of honest services wire fraud under 18 U.S.C. §§1343, 1346, 2, and that the following communication was sent or caused to be sent by Defendant Casada in furtherance of the scheme to commit honest services wire fraud (February 11, 2020, Apple iMessage from Glen Casada to Robin Smith), we find Glen Casada:

    Guilty _____ Not Guilty _____

**COUNT TEN**

    Question 10. With respect to the charge in Count Ten of the indictment - commission of honest services wire fraud under 18 U.S.C. §§1343, 1346, 2, and that the following communication was sent or caused to be sent by Defendant Casada in furtherance of the scheme to commit honest services wire fraud (June 22, 2020, Email from Robin Smith to the Director of Legislation), we find Glen Casada:

    Guilty _____ Not Guilty _____

**COUNT ELEVEN**

Question 11. With respect to the charge in Count Eleven of the indictment for Aiding and Abetting Cade Cothren's Use of a Fictitious Name to Carry Out a Fraud under 18 U.S.C. § 1342, we find the defendant Glen Casada:

Guilty _____ Not Guilty _____

**COUNT TWELVE**

Question 12. With respect to the charge in Count Twelve of the indictment for conspiracy to commit certain money laundering offenses against the United States under 18 U.S.C. §§1956(h), we find the defendant Glen Casada:

Guilty _____ Not Guilty _____

If you answered Guilty in response to Question 1, proceed to Question 12(a).

If you answered Not Guilty in response to Question 1, skip Question 12(a) and proceed to Count 13.

Question 12(a). With respect to Count Twelve, we find the defendant Glen Casada knowingly combined, conspired, confederated, and agreed with Cade Cothren to commit one or more of the following offenses:

_____ Money Laundering under 18 U.S.C. § 1956(a)(1)(B)

_____ Money Laundering under 18 U.S.C. § 1957

## COUNT THIRTEEN

Question 13. With respect to the charge in Count Thirteen of the indictment for the commission of money laundering under 18 U.S.C. §§1956(a)(1)(B)(i), 2, (March 5, 2020, Deposit into Right Way Consulting, SunTrust Bank Account x4447, check 000629428 issued by State of Tennessee) we find the Glen Casada:

Guilty _____ Not Guilty _____

## COUNT FOURTEEN

Question 14. With respect to the charge in Count Fourteen of the indictment for the commission of money laundering under 18 U.S.C. §§1956(a)(1)(B)(i), 2, (March 7, 2020, Deposit into Rivers Edge Alliance, SunTrust Bank Account x0738, check 0006300449 issued by State of Tennessee) we find Glen Casada:

Guilty _____ Not Guilty _____

## COUNT FIFTEEN

Question 15. With respect to the charge in Count Fifteen of the indictment for the commission of money laundering under 18 U.S.C. §§1956(a)(1)(B)(i), 2, (March 9, 2020, Deposit into Right Way Consulting, SunTrust Bank Account x4447, check 0006311468 issued by State of Tennessee) we find Glen Casada:

Guilty _____ Not Guilty _____

## COUNT SIXTEEN

Question 16. With respect to the charge in Count Sixteen of the indictment for the commission of money laundering under 18 U.S.C. §§1956(a)(1)(B)(i), 2, (money laundering, April 1,

2020, Deposit into Right Way Consulting, SunTrust Bank Account x4447, check 00063338058 issued by State of Tennessee) we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT SEVENTEEN**

Question 17. With respect to the charge in Count Seventeen of the indictment for the commission of money laundering under 18 U.S.C. §§1956(a)(1)(B)(i), 2, (April 1, 2020, Deposit into Right Way Consulting, SunTrust Bank Account x4447, check 0006333492 issued by State of Tennessee) we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT EIGHTEEN**

Question 18. With respect to the charge in Count Eighteen of the indictment for the commission of money laundering under 18 U.S.C. §§1956(a)(1)(B)(i), 2, (May 18, 2020, Deposit into Right Way Consulting, SunTrust Bank Account x4447, check 0006395901 issued by State of Tennessee) we find Glen Casada:

Guilty _____ Not Guilty _____

**COUNT NINETEEN**

Question 19. With respect to the charge in Count Nineteen of the indictment for money laundering under 18 U.S.C. § 1957, (March 8, 2020, Check Transfer from Rivers Edge Alliance, SunTrust Bank Account x0738, to Phoenix Solutions, First Horizon Bank Account x3886) we find Glen Casada:

Guilty _____ Not Guilty _____

## COUNT TWENTY

Question 20. With respect to the charge in Count Twenty of the indictment for money laundering under 18 U.S.C. § 1957, (September 10, 2020, Check Transfer from Phoenix Solutions, First Horizon Bank Account x3886, to Rivers Edge Alliance, SunTrust Bank Account x0738) we find Glen Casada:

Guilty _____ Not Guilty _____

_____
FOREPERSON

_____
DATE