REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282

UNITED STATES OF AMERICA

Judge: Eli Richardson

V.

Hearing Date: 4/14/2025

[1] GLEN CASADA
[2] CADE COTHREN

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Debbie Watson

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillips, John Taddie and Blake Ellison

Defense Attorney(s): Def. Casada - Edward Yarbrough, Jonathan Farmer, Chase Fann

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☒
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Def. Cothren - Cynthia Sherwood and Joy Longnecker.

Pretrial Conference held - Discussions held regarding trial logistics. Discussions had and some rulings made regarding motions in limine and other motions. Trial remains scheduled for April 22, 2025.

Total Time in Court: 3 Hours and 57 Minutes

Clerk of Court
by: Julie Jackson