UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:22-cr-00282 |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |

# ORDER

As discussed during the pretrial conference on April 14, 2025, "Defendant Cade Cothren's Motion in Limine to Exclude Evidence Related to Campaign Finance Investigation and Supporting Memorandum of Law" (Doc. No. 181, "Motion") is DENIED. Specifically, it is: (a) denied as moot with respect to evidence of the fact (existence) of the Registry of Election Finance Division investigation, investigative acts taken during the investigation, and the existence and substance of conclusions from the investigation; and (b) otherwise denied as premature, without prejudice to raising any objection at trial.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE