UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and | ) | District Judge Eli J. Richardson |
| CADE COTHREN, | ) | Magistrate Judge Alistair Newbern |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>DEFENDANTS' JOINT NOTICE OF FILING</u>

Comes now Defendants Cade Cothren and Glen Casada, by and through undersigned counsel, and hereby gives the Court notice of filing **Exhibit A** to Defendant Glen Casada's Motion in Limine #2 (Doc. No. 186, hereinafter "Motion"), which moves the Court for an Order prohibiting the prosecution from introducing or eliciting evidence of mail services, campaign, and caucus work that were not funded by a State Representatives' postage and printing allowance as irrelevant, unfairly prejudicial, cumulative, and would cause confusion to the jury. Mr. Cothren joined Mr. Casada's Motion (Doc. No. 191).

The exhibit is collective and includes a screenshot and download of the online campaign finance disclosures by the Tennessee House of Representatives Republican Caucus expenditures for Phoenix Solutions in 2020. The parties anticipate further discussion of this Motion and exhibit at the telephonic status conference scheduled for April 16, 2025 at 9 a.m.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
1600 West End Avenue
Suite 800
Nashville, TN 37203
T: 615-621-6012
joy.longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

**Spencer Fane LLP**

/s/ Jonathan P. Farmer
Edward M. Yarbrough
Jonathan P. Farmer
Steven C. Fann
511 Union Street
Suite 1000
Nashville, TN 37219
T: 615.238.6300
F: 615.238.6301
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
*Counsel for Defendant Glen Casada*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was electronically filed with the

Clerk on April 15, 2025, and service was made upon the following via CM/ECF and/or by email.

Edward M. Yarbrough
Jonathan P. Farmer
Steven C. Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

John P. Taddei
Blake J. Ellison
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

Taylor J. Phillips
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

W. David Bridgers
L. Wells Trompeter
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
david.bridgers@hklaw.com
wells.trompeter@hklaw.com

Ben M. Rose
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
ben@rosefirm.com

/s/ Cynthia A. Sherwood