# Online Campaign Finance

# Search Results

Print Page

Searched for **expenditures constrained by year, vendor name, type, candidate name**.

12 results found, displaying all results.

| Type | Adj | Amount | Date | Election Year | Report Name | Candidate/PAC Name | Vendor Name | Vendor Address | Purpose | Candidate For | S/O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Neither | Y | $1,628.00 | 10/28/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | POSTAGE-GARDENHIRE | | |
| Neither | Y | $1,791.75 | 10/28/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-DICKERSON | | |
| Neither | N | $4,752.28 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-POSSEL | | |
| Neither | N | $3,660.75 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-GILLESPIE | | |
| Neither | N | $3,470.70 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL - DAWSON | | |
| Neither | N | $3,838.38 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-POSSEL | | |
| Neither | N | $4,230.20 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-GILLESPIE | | |
| Neither | N | $3,923.40 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL - DAWSON | | |
| Neither | N | $4,749.16 | 11/25/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-POSSEL | | |
| Neither | N | $4,228.64 | 11/25/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-DICKERSON | | |

Case 3:22-cr-00282   Document 311-1   Filed 04/15/25   Page 1 of 5 PageID #: 2349



| Neither | N | $4,228.64 | 11/25/2020 | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE-GILLESPIE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Neither | N | $3,922.36 | 11/25/2020 | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL - DAWSON |

Export options: CSV | Excel

New Search

Application Home    Search

Help and FAQs    Privacy Statement

# Search Results

Searched for **expenditures constrained by year, vendor name, type, candidate name**.

12 results found, displaying all results.

| Type | Adj | Amount | Date | Election Year | Report Name | Candidate/PAC Name | Vendor Name | Vendor Address | Purpose | Candidate For |
|---|---|---|---|---|---|---|---|---|---|---|
| Neither | Y | $1,628.00 | 10/28/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | POSTAGE- GARDENHIRE | |
| Neither | Y | $1,791.75 | 10/28/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- DICKERSON | |
| Neither | N | $4,752.28 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- POSSEL | |
| Neither | N | $3,660.75 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- GILLESPIE | |
| Neither | N | $3,470.70 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL - DAWSON | |

| Type | Adj | Amount | Date | Election Year | Report Name | Candidate/PAC Name | Vendor Name | Vendor Address | Purpose | Candidate For |
|---|---|---|---|---|---|---|---|---|---|---|
| Neither | N | $3,838.38 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- POSSEL | |
| Neither | N | $4,230.20 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- GILLESPIE | |
| Neither | N | $3,923.40 | 10/29/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL - DAWSON | |
| Neither | N | $4,749.16 | 11/25/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- POSSEL | |
| Neither | N | $4,228.64 | 11/25/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- DICKERSON | |
| Neither | N | $4,228.64 | 11/25/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE , NM, 87505 | DIRECT MAIL / POSTAGE- GILLESPIE | |

| Type | Adj | Amount | Date | Election Year | Report Name | Candidate/PAC Name | Vendor Name | Vendor Address | Purpose | Candidate For |
|---|---|---|---|---|---|---|---|---|---|---|
| Neither | N | $3,922.36 | 11/25/2020 | | 4th Quarter | TENNESSEE LEGISLATIVE CAMPAIGN COMMITTEE | PHOENIX SOLUTIONS LLC | 1704 LLANO ST STE. B 1316 SANTA FE, NM, 87505 | DIRECT MAIL - DAWSON | |

Export options: CSV| Excel