UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |

## ORDER

For the reasons discussed during the telephone conference on April 16, 2025, "Defendant Glen Casada's Motion in Limine #1" (Doc. No. 185) is DENIED as premature, without prejudice to Defendants making any objection at trial.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE