REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282

**UNITED STATES OF AMERICA**
V.

Judge: Eli Richardson

Hearing Date: 04/22/2025

[1] GLEN CASADA
[2] CADE COTHREN

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Debbie Watson

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillps, John Taddei and Blake Ellison

Defense Attorney(s): See Comments

## TRIAL PROCEEDINGS

1. Jury Trial* ☒
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Def. Casada - Edward Yarbrough, Jonathan Farmer and Chase Fann
Def. Cothren - Cynthia Sherwood and Joy Longnecker

Day 1 of trial held - Voir dire commenced. Jury trial adjourned until April 23, 2025 at 9:00 a.m.

Total Time in Court: 6 Hours and 38 Minutes

Clerk of Court
by: Julie Jackson