# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
V.

[1] GLEN CASADA
[2] CADE COTHREN

(list each defendant appearing at hearing)

Case No.: 3:22-cr-00282
Judge: Eli Richardson
Hearing Date: 04/28/2025
Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Taylor Phillps, John Taddei and Blake Ellison

Defense Attorney(s): See Comments

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

**COMMENTS:**

Def. Casada - Edward Yarbrough, Jonathan Farmer and Chase Fann
Def. Cothren - Cynthia Sherwood and Joy Longnecker

Day 5 of trial held - Witness testimony presented. Evidence admitted. Trial adjourned until April 29, 2025 at 9:00 a.m.

Total Time in Court: 6 Hours and 48 Minutes

Clerk of Court
by: Julie Jackson