UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## SPECIAL VERDICT FORM / CADE COTHREN

We, the jury, unanimously find as follows:

**COUNT ONE**

Question 1. With respect to the charge in Count One of the indictment (conspiracy to commit certain offenses against the United States, in violation of 18 U.S.C. § 371), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

If you answered Guilty in response to Question 1, proceed to Question 1(a).

If you answered Not Guilty in response to Question 1, skip Question 1(a) and proceed to COUNT TWO.

Question 1(a). With respect to the charge in Count One of the indictment, we find that Cade Cothren knowingly conspired with one or more other persons to commit the following offense or offenses (check all that apply):

___✓___ Obtaining by Fraud Property from the State of Tennessee

___✓___ Soliciting and Receiving Bribes and Kickbacks Concerning the State of Tennessee

___✓___ Offering and Giving Bribes and Kickbacks Concerning the State of Tennessee

___✓___ Honest Services Wire Fraud

Proceed to COUNT TWO.

1

## COUNT TWO

Question 2. With respect to the charge in Count Two of the indictment (aiding and abetting Glen Casada in obtaining property by fraud from the State of Tennessee, in violation of 18 U.S.C. §§ 666(a)(1)(A) & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT THREE

Question 3. With respect to the charge in Count Three of the indictment (aiding and abetting Glen Casada in soliciting and receiving bribes and kickbacks concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B)(1) & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT FOUR

Question 4. With respect to the charge in Count Four of the indictment (offering and giving bribes and kickbacks concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(B)(2)), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT FIVE

Question 5. With respect to the charge in Count Five of the indictment (honest services wire fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1343, 1346 & 2) we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT SIX

Question 6. With respect to the charge in Count Six of the indictment (honest services wire fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1343, 1346, & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT SEVEN

Question 7. With respect to the charge in Count Seven of the indictment (honest services wire fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1343, 1346, & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT EIGHT

Question 8. With respect to the charge in Count Eight of the indictment (honest services wire fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1343, 1346, & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT NINE

Question 9. With respect to the charge in Count Nine of the indictment (honest services wire fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1343, 1346, & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT TEN

Question 10. With respect to the charge in Count Ten of the indictment (honest services wire fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1343, 1346, & 2)), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT ELEVEN

Question 11. With respect to the charge in Count Eleven of the indictment (use of a fictitious name to carry out a fraud, in violation of 18 U.S.C. § 1342), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT TWELVE

Question 12. With respect to the charge in Count Twelve of the indictment (conspiracy to commit certain money laundering offenses against the United States, in violation of 18 U.S.C. § 1956(h)), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

If you answered Guilty in response to Question 12, proceed to Question 12(a).

If you answered Not Guilty in response to Question 12, skip Question 12(a) and proceed to COUNT THIRTEEN.

Question 12(a). With respect to Count Twelve, we find Cade Cothren knowingly conspired with one or more other persons to commit the following offense or offenses (check all that apply):

__✓__ Money Laundering under 18 U.S.C. § 1956(a)(1)(B)

__✓__ Money Laundering under 18 U.S.C. § 1957

Proceed to COUNT THIRTEEN.

## COUNT THIRTEEN

4

Question 13. With respect to the charge in Count Thirteen of the indictment (money laundering, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT FOURTEEN

Question 14. With respect to the charge in Count Fourteen of the indictment (money laundering, and aiding and abetting the same, in violation of 18 U.S.C. §§1956(a)(1)(B)(i) & 2)), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT FIFTEEN

Question 15. With respect to the charge in Count Fifteen of the indictment (money laundering, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) & 2), we find the Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT SIXTEEN

Question 16. With respect to the charge in Count Sixteen of the indictment (money laundering, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT SEVENTEEN

Question 17. With respect to the charge in Count Seventeen of the indictment (money laundering, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT EIGHTEEN

Question 18. With respect to the charge in Count Eighteen of the indictment (money laundering, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

## COUNT NINETEEN

Question 19. With respect to the charge in Count Nineteen of the indictment (money laundering, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1957 & 2), we find Cade Cothren:

Guilty ____✓____ Not Guilty _____

