UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |

## ORDER

The sentencing hearing in this case is scheduled for **September 12, 2025, at 9:00 a.m.**

Counsel are hereby given a standard reminder that any issues regarding, or requests for, (i) departing downward under U.S.S.G. § 5K2.23, (ii) running the sentence concurrent with the sentence in another case under subparagraph (b)(2) or subsection (c) or (d) of U.S.S.G. § 5G1.3, or (iii) adjusting the sentence downward under U.S.S.G. § 5G1.3(b)(1) should be raised in the filings made prior to sentencing.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE