Fallon Swafford Cothren
531 Navy Lane
Lawrenceburg, TN 38464
fallon.cothren@outlook.com
931-231-4978

RECEIVED
MAY 20 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

May 16, 2025

The Honorable Eli J. Richardson
United States District Court
Middle District of Tennessee
Courtroom 5C
Chambers, Suite 5325

3:22-cr-00282
CH

Dear Honorable Eli Richardson,

I am writing to you with deep respect to share a personal perspective on Cade Cothren, whom I have known since high school. I understand he stands before your court for sentencing, and I felt compelled to speak on behalf of the character I have known him to demonstrate throughout his life.

Cade has always been an upstanding individual. He graduated from Lawrence County High School with honors and went to earn his college degree summa cum laude- a testament of his intelligence, discipline, and work ethic. He started working at the capitol while he was in college and has done many great things for the state of Tennessee and the political party that he holds dear to his heart. Beyond his academic accomplishments, Cade has shown unwavering respect and kindness toward others. He cares deeply about his family, friends, community, state, and country. In all the 20 plus years I have known him, I have never seen him act in aggression or malice. He has never raised his voice to his parents, a deep reflection of the deep respect he carries for those around him.

I am heart broken at the outcome of Cade's verdict. Cade has never been in any kind of trouble in the past, and I truly feel that if Cade knew what he was doing was illegal; he would not have done it. I think that is why he did not take a plea deal because he knew in his heart he did not do anything wrong. I truly believe this moment does not define him.

I feel like Cade has served his punishment for the last 5 years. Besides the legal fees; his life has been on hold with this dark cloud hovering over him.

Through you, I believe with your mercy, Cade can be redeemed. Life is a learning experience. We are all on trial and will see the great judgement at the end of our life. I'm praying for you because of the great responsibility you carry doing the job that you do. I pray that you will take into account Cade's history of integrity and positive contributions he has made around him. He honestly does not take from society but gives to society. I ask with humility that you show mercy when determining his sentence.

I pray that with this learning experience, that you will show him leniency so that he can restore his life. Your honor, he has a great future ahead of him, the Lord has plans for his life. I truly believe with your mercy on him, he can have a second chance to rebuild his life and contribute to society in a meaningful way.

"Let your light shine before others, that they may see your good works and glorify your Father in Heaven."

Thank you for your time and consideration.

Stay blessed,

Fallon Swafford Cothren

Fallon C
531 Nav[y]
Lawrenceburg, TN 38464

CERTIFIED MAIL®

9589 0710 5270 1507 7847 28

Retail  

RDC 99    37203

U.S. POSTAGE PAID
FCM LG ENV
LAWRENCEBURG, TN 38464
MAY 16, 2025

**$10.45**

S2324Y502358-02

RECEIVED
MAY 20 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

The Honorable Eli J. Richardson
United States District Judge
United States District Court for the Middle
District of Tennessee

Fred D. Thompson U.S. Courthouse and
Federal Building
719 Church Street, Suite 5325
Nashville, TN 37203