UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:22-cr-00282 |
| | ) JUDGE RICHARDSON |
| [2] CADE COTHREN | ) |

**ORDER**

The Government is directed to file its response to Defendant Cothren's Motion to Extend Deadlines as to Rule 29 and Rule 33 Motions (Doc. No. 358) by noon, May 30, 2025.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE