UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| ) | |
| GLEN CASADA and ) | |
| CADE COTHREN, ) | |
| ) | |
| Defendants. ) | |

## GLEN CASADA'S MOTION TO EXTEND DEADLINES
## TO FILE MOTIONS PURSUANT TO FED. R. CRIM. P. 29 AND 33

Defendant, Glen Casada, through counsel, moves this Court for an ORDER extending the deadline to file post-trial motions pursuant to Fed. R. Crim. P. 29 and 33. In support, Mr. Casada submits the following:

1. On May 16, 2025, the jury returned its verdict in the trial of this matter. As such, Mr. Casada has fourteen days from the date of the verdict—in this case May 30, 2025—to file motions pursuant to Fed. R. Crim. P. 29 and/or 33.

2. On May 20, 2025, the Court entered an Order requiring the Defendants to make a filing stating whether they elected to continue with their previously raised General Rule 29 Motion or to raise specific Rule 29 arguments within 14 days of the verdict—May 30, 2025. (Dkt. 356).

3. The trial of this matter lasted 4 weeks, and the factual and legal issues presented both before and during the trial are complex and unsettled.

4. Counsel for Mr. Casada requires additional time to fully research and brief his Motion for a New Trial pursuant to Fed. R. Crim. P. 33. Additionally, counsel for Mr. Casada requires

additional time to fully research and brief potential Rule 29 issues so that he may make an informed decision about the manner to proceed (general vs. specific) with his Rule 29 motion.

5. The Government has consented to a 1-month extension of the filing deadlines for these Motions, such that an extension to June 30, 2025, is unopposed. Counsel for co-defendant Cothren has requested an extension until July 31, 2025. (Dkt. 358).

6. Counsel for Mr. Casada submits that the approximately 60-day extension proposed by Mr. Cothren is more reasonable in light of the specific complexities of this case and less likely to result in additional requests for extensions. Further, the interests of judicial efficiency dictate that both parties should have the same filing deadlines.

7. As such, Mr. Casada requests that his deadline to file post-trial motions pursuant to Fed. R. Crim. P. 29 and 33 and the Court's Order at Dkt. 356 be extended to at least July 31, 2025.

## CONCLUSION

For the reasons outlined above, Mr. Casada respectfully requests that the Court enter an ORDER prohibiting the Prosecution from introducing or eliciting evidence.

Respectfully submitted,

*/s/ Jonathan P. Farmer*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
*Counsel for Defendant Glen Casada*

# CERTIFICATE OF SERVICE

  I hereby certify that on May 29, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Taylor J. Phillips
Assistant US Attorney
U.S. Attorney's Office - Middle District
719 Church St. Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

John P. Taddei
Blake J. Ellison
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

Cynthia A. Sherwood
Austin M. Correll
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com

and

Barnes & Thornburg LLP
Joy Boyd Longnecker, #29627
1600 West End Avenue
Suite 800
Nashville, TN 37203
T: 615-621-6012
joy.longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

        */s/ Jonathan P. Farmer*
        Jonathan P. Farmer