# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CADE COTHREN'S MOTION TO EXTEND DEADLINE TO FILE MOTION FOR NEW TRIAL

Comes now Defendant Cade Cothren, by and through undersigned counsel, and hereby moves this Court for an Order extending the deadline to file a motion for new trial pursuant to Federal Rule of Criminal Procedure 33. As grounds for this Motion, Mr. Cothren states as follows:

1. The current deadline for Defendants to file a motion for new trial is June 30, 2025. Mr. Cothren requests that the foregoing deadline be extended one week to July 7, 2025. Undersigned counsel needs additional time to prepare the motion due to an intervening illness and other practice-related obligations.

2. Undersigned counsel has conferred with Assistant United States Attorney Taylor Phillips, who advised the government does not oppose the requested extension, provided that Mr. Cothren does not oppose an extension of the government's response deadline to August 4, 2025. Mr. Cothren has agreed to that condition.

3. Mr. Cothren is not requesting an extension of the deadline to file a specific motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 or a notice preserving his general Rule 29 Motion. Undersigned counsel has notified Mr. Phillips that Mr. Cothren intends to preserve his general Rule 29 Motion.

For all the above reasons, Mr. Cothren respectfully requests this Court enter an Order extending his deadline to file a motion for new trial pursuant to Federal Rule of Criminal Procedure 33 from June 30, 2025 to July 7, 2025.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
1600 West End Avenue
Suite 800
Nashville, TN 37203
T: 615-621-6012
joy.longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion was electronically filed with the Clerk on June 24, 2025, and service was made upon the following via CM/ECF and/or by email.

Edward M. Yarbrough
Jonathan P. Farmer
Steven C. Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

John P. Taddei
Blake J. Ellison
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

Taylor J. Phillips
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

W. David Bridgers
L. Wells Trompeter
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
david.bridgers@hklaw.com
wells.trompeter@hklaw.com

Ben M. Rose
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
ben@rosefirm.com

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood