> This motion (Doc. No. 366), being unopposed, is **GRANTED**, insofar has it extends Defendant Cothren's deadline to file a motion for new trial pursuant to Federal Rule of Criminal Procedure 33 only. Defendant Cothren shall file his motion for new trial, under Rule 33, on or before July 7, 2025.
>
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 3:22-CR-00282** |
| **GLEN CASADA and** ) | **District Judge Eli J. Richardson** |
| **CADE COTHREN,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT CADE COTHREN'S MOTION TO EXTEND DEADLINE TO FILE MOTION FOR NEW TRIAL

Comes now Defendant Cade Cothren, by and through undersigned counsel, and hereby moves this Court for an Order extending the deadline to file a motion for new trial pursuant to Federal Rule of Criminal Procedure 33. As grounds for this Motion, Mr. Cothren states as follows:

1. The current deadline for Defendants to file a motion for new trial is June 30, 2025. Mr. Cothren requests that the foregoing deadline be extended one week to July 7, 2025. Undersigned counsel needs additional time to prepare the motion due to an intervening illness and other practice-related obligations.

2. Undersigned counsel has conferred with Assistant United States Attorney Taylor Phillips, who advised the government does not oppose the requested extension, provided that Mr. Cothren does not oppose an extension of the government's response deadline to August 4, 2025. Mr. Cothren has agreed to that condition.

3. Mr. Cothren is not requesting an extension of the deadline to file a specific motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 or a notice preserving his general Rule 29 Motion. Undersigned counsel has notified Mr. Phillips that Mr. Cothren intends to preserve his general Rule 29 Motion.