> **ORDER**
> The Motion (Doc. No. 369) is granted.
> IT IS SO ORDERED.
>
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:22-cr-00282 |
| | ) JUDGE RICHARDSON |
| GLEN CASADA and | ) |
| CADE COTHREN, | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE FOR AN EXTENSION OF PAGE LIMITS

Defendant Glen Casada ("Defendant" or "Mr. Casada"), by and through counsel, respectfully seeks leave to exceed the motion page limit set forth in Local rule 7.01(a)(2). Mr. Casada submits that there is good cause for the extension on page limits, due to the complexities in this matter, including the length of trial, amount of testimony, and multi-faceted legal and factual issues. Mr. Casada respectfully requests leave to exceed the page limit on his Motion for New Trial by an estimated 10 pages.

Pursuant to Local Rule 7.01(a)(1), counsel for Mr. Casada has conferred with counsel for the Government who does not oppose the relief requested in this Motion.