# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CADE COTHREN'S
## MOTION FOR JOINT SENTENCING GUIDELINES HEARING

Defendant Cade Cothren, by and through undersigned counsel, hereby respectfully moves this Court to set a joint Sentencing Guidelines hearing for Mr. Cothren and Mr. Casada at 9 a.m. on September 12, 2025, followed by Mr. Casada's sentencing hearing at 1 p.m., and Mr. Cothren's sentencing hearing at 3 p.m., time permitting. Currently, Mr. Casada's sentencing hearing is set for September 12, 2025 at 9 a.m., and Mr. Cothren's sentencing hearing is set for September 12, 2025 at 1 p.m.

As the parties and the Court well know, the first step in the sentencing process is for the Court to correctly calculate a defendant's Guideline range. *See, e.g., Gall v. United States*, 552 U.S. 38, 49 (2007). Mr. Cothren's and Mr. Casada's objections to the Sentencing Guidelines calculations in their Pre-Sentence Reports overlap almost completely. Absent consolidation of this first step, the Court will be required to hear the parties' arguments and conduct this analysis twice in the same day. Because Mr. Casada's hearing immediately precedes Mr. Cothren's hearing, the Court will have already heard the government's argument and calculated the relevant Guidelines range before Mr. Cothren's hearing even begins. For these reasons, a consolidated hearing on the appropriate Sentencing Guidelines calculation(s) for Mr. Cothren and Mr. Casada will promote judicial efficiency and economy. A joint hearing will also allow Mr. Cothren the opportunity to present his own arguments in support of his

objections to the Sentencing Guidelines, which may be different from or augment, Mr. Casada's Guidelines arguments.

While joint Sentencing Guidelines hearings for co-defendants may be unusual, they are not unprecedented. The Middle District of Tennessee previously held a joint Sentencing Guidelines hearing on the issue of "loss" in a case involving seven defendants. *United States v. Hughes*, 97 F.3d 1453 (6th Cir. 1996) (attached hereto as **Exhibit A**). The Guidelines issue decided at the joint hearing was the one common to all defendants—the value of the stolen tires at issue in the case. *Id.*

Undersigned counsel has conferred with Assistant United States Attorney Taylor Phillips, who states that the government does not oppose a joint Sentencing Guidelines hearing in accordance with the schedule proposed above. Undersigned counsel has also conferred with counsel for Mr. Casada, who states Mr. Casada's preference is to keep the sentencing hearings separate.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
1600 West End Avenue
Suite 800
Nashville, TN 37203
T: 615-621-6012
joy.longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion was electronically filed with the Clerk on August 29, 2025, and service was made upon the following via CM/ECF and/or by email.

Edward M. Yarbrough
Jonathan P. Farmer
Steven C. Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

John P. Taddei
Blake J. Ellison
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

Taylor J. Phillips
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

W. David Bridgers
L. Wells Trompeter
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
david.bridgers@hklaw.com
wells.trompeter@hklaw.com

Ben M. Rose
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
ben@rosefirm.com

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood