IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-cr-00282 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| | ) | |

**POSITION OF THE UNITED STATES ON REVISED PRESENTENCE REPORT**

The United States of America, by and through Assistant United States Attorney Taylor J. Phillips and Trial Attorney John P. Taddei, submits the position of the United States in this case with respect to the revised presentence report (PSR). The United States has reviewed the revised PSR, dated September 5, 2025, and does not have any objections to the PSR, including any material information, sentencing classifications, sentencing guideline ranges, or policy statements contained in the PSR.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney for the
Middle District of Tennessee

*/s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant United States Attorney
719 Church Street, Ste 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

*/s/ John P. Taddei*
JOHN P. TADDEI
Trial Attorney
Criminal Division
United States Department of Justice