UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |

**ORDER**

A telephonic conference call is scheduled for **September 9, 2025, at 1:00 p.m.** for the Court to announce its decisions on Defendants' Motions for New Trial (Doc. Nos. 372 and 377) as well as a discussion regarding Rule 29.

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273, followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE