

You're friends on Facebook

View profile

🔒 End-to-end encrypted
Messages and calls are secured with end-to-end encryption.
Learn more

JUL 1 AT 2:04 PM

Hey, Cade! I know this is totally random, but I was hoping you could help me with something. I received these messages from ▊▊▊▊ over the last few days. I'm open to chatting with him to gain insight (because I still have questions) and also help where I can, but I want to be sure he is legit. I can't really tell and am a bit skeptical. Could you confirm he is part of Team Cade and it's ok to talk with him or if I should avoid this guy?

I'm happy to forward this to your



