Dear Judge Richardson,

I am writing to you in support of Mr. Cade Cothren as you consider his upcoming sentencing.

I had the unique experience of serving as a juror in this case. Throughout the trial, I did my best to remain fully engaged, carefully listen, and weigh the evidence presented. While I respect the judicial process, I personally left the trial with concerns about the verdict. I do not believe the government proved its case beyond a reasonable doubt, and I was stunned when I heard the verdict read in court.

 As an attentive juror, I was also troubled when a fellow juror told me he had fallen asleep multiple times during the trial. It seemed that he simply went along with the other jurors, instead of forming his own opinion. If I had not been an alternate, I would have voted to acquit.

From my perspective, Mr. Cothren does not appear to be a person who poses a danger to society. I believe that leniency in sentencing would allow Mr. Cothren the opportunity to learn from this experience, rebuild, and demonstrate that he can contribute to society in meaningful ways.

Thank you for taking the time to consider my perspective. I deeply appreciate the difficult responsibility you face and your dedication to justice.

Respectfully,