UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282

UNITED STATES OF AMERICA

Judge: Eli Richardson

V.

Hearing Date: 9/9/2025

[1] GLEN CASADA
[2] CADE COTHREN

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Amber Thompson

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillips and John Taddie

Defense Attorney(s): (See below)

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☒
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

Def. 1 - Jonathan Farmer and Edward Yarbrough
Def. 2 - Cynthia Sherwood and Joy Longnecker
Conference call held - Motion for Acquittal (Doc. No. 370) (Def. Casada) granted as to Counts 2, 3 and 4. Denied as to all other remaining counts.
Motions for New Trial (Doc. Nos. 372 and 377) denied. Phone conference to continue on Wednesday, September 10, 2025 at 1:00 p.m. The call information is the same as included in Docket Entry 417.
Order to enter.

Total Time in Court: 1 Hour and 13 Minutes

Clerk of Court
by: Julie Jackson