| From: | Daniel Cox <​█████████> |
|---|---|
| Sent: | Fri 9/25/2020 3:22:34 PM (UTC) |
| To: | Matthew Phoenix <matthew@powerofphoenix.com> |
| Subject: | Re: TN House Caucus |

I am free pretty much anytime after 11:30 ET. Let me know what time works for you and a best number to reach you.
Looking forward to it.


On Thu, Sep 24, 2020 at 10:27 PM Matthew Phoenix <matthew@powerofphoenix.com> wrote:

> Daniel,
> Nice to hear from you. Yes, let's do that.
>
> What time works best for you tomorrow?
>
> On Thursday, September 24, 2020, Daniel Cox <​█████████> wrote:
>
>> Hey Matthew,
>> I'm Daniel Cox, I work with Chip Saltsman and Johnny Garrett at the TN House Caucus. Do you have any time available tomorrow to hop on a phone call and discuss races/mail plans?
>>
>> Thanks
>> Daniel