

# Extraction Report - Apple iOS Full File system



## Chats (1)

 * These details are cross-referenced from this device's contacts

## Native Messages (1)



**From:** +1615▮▮▮▮▮▮▮

Might as well hang some Alabama wind chimes up too.

Just to ward off the evil leftists

**Status:** Read

**Read:** 5/8/2019 10:08:26 AM(UTC-5)

5/8/2019 10:08:22 AM(UTC-5)

**Source Info:**
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D86D4E0 (Table: message, handle, chat, Size: 1183838208 bytes)

1

Case 3:22-cr-00282    Document 439-7    Filed 09/12/25    Page 1 of 6 PageID #: 6683



**From:** +1931[REDACTED] Cade Cothren (owner)

Loved "Might as well hang some Alabama wind chimes up too.

Just to ward off the evil leftists"

**Status:** Sent

**Delivered:** 5/8/2019 10:08:35 AM(UTC-5)

5/8/2019 10:08:35 AM(UTC-5)

**Source Info:**
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D86EED0 (Table: message, chat, Size: 1183838208 bytes)



**From:** +1931[REDACTED] Cade Cothren (owner)

Hell yeah brother

**Status:** Sent

**Delivered:** 5/8/2019 10:08:40 AM(UTC-5)

5/8/2019 10:08:40 AM(UTC-5)

**Source Info:**
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D86EC17 (Table: message, chat, Size: 1183838208 bytes)



From: +1615▇▇▇▇▇▇▇
My response was "well... the 'majority' of black people are in fact stupid"

Status: Read

Read: 5/8/2019 10:09:25 AM(UTC-5)

5/8/2019 10:09:23 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D86E3A9 (Table: message, handle, chat, Size: 1183838208 bytes)



From: +1931▇▇▇▇▇▇▇ Cade Cothren (owner)
😂😂😂

Status: Sent

Delivered: 5/8/2019 10:09:32 AM(UTC-5)

5/8/2019 10:09:31 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D86FD85 (Table: message, chat, Size: 1183838208 bytes)

3



From: +1615[redacted]

That may be true across the board though

Status: Read

Read: 5/8/2019 10:10:02 AM(UTC-5)

5/8/2019 10:09:59 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D86FB7E (Table: message, handle, chat, Size: 1183838208 bytes)



From: +1615[redacted]

Maybe we should name the farm "the plantation"

Status: Read

Read: 5/8/2019 10:12:15 AM(UTC-5)

5/8/2019 10:10:38 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D86F740 (Table: message, handle, chat, Size: 1183838208 bytes)



From: +1931[REDACTED] Cade Cothren (owner)

Loved "Maybe we should name the farm "the plantation" "

Status: Sent

Delivered: 5/8/2019 10:12:19 AM(UTC-5)

5/8/2019 10:12:18 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D870CDB (Table: message, chat, Size: 1183838208 bytes)



From: +1931[REDACTED] Cade Cothren (owner)

Sounds like a welcoming place to me

Status: Sent

Delivered: 5/8/2019 10:12:25 AM(UTC-5)

5/8/2019 10:12:25 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D870A6C (Table: message, chat, Size: 1183838208 bytes)

5



From: +1615[REDACTED]

It's not

Status: Read

Read: 5/8/2019 10:14:40 AM(UTC-5)

5/8/2019 10:13:27 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D870338 (Table: message, handle, chat, Size: 1183838208 bytes)



From: +1931[REDACTED] Cade Cothren (owner)

Hahahaha

Status: Sent

Delivered: 5/8/2019 10:14:47 AM(UTC-5)

5/8/2019 10:14:44 AM(UTC-5)

Source Info:
fs-full.zip/private/var/mobile/Library/SMS/sms.db : 0x1D871D55 (Table: message, chat, Size: 1183838208 bytes)

6