| From: | Sydney Friedopfer[faithfamilyfreedomtn@gmail.com] |
|---|---|
| Sent: | Mon 11/2/2020 8:11:18 PM (UTC) |
| To: | Janet Williams[Janet.Williams@tn.gov]; Lauren Topping[Lauren.Topping@tn.gov]; William Young[William.Young@tn.gov] |
| Subject: | Re: [EXTERNAL] Re: Complaint received against Faith Family Freedom PAC |

Thank you for taking the time to email this over.
It is extremely difficult to follow the rabbit holes of Mr. Hazelwood in this complaint and it seems the majority of his grievances are with other people/organizations. To our knowledge, we have disclosed all information required for our PAC in Tennessee and will certainly continue doing so.

As always, we are happy to answer any and all questions that the Registry has of us.

Thank you again,

Sydney

On Mon, Nov 2, 2020 at 12:08 PM Janet Williams <Janet.Williams@tn.gov> wrote:

> Good afternoon,
>
> Per your below request, please find attached a complaint filed against the Faith Family Freedom Fund (FFFF).
>
> Should you have any questions, feel free to contact Lauren Topping, General Counsel at lauren.topping@tn.gov or Bill Young, Executive Director at William.young@tn.gov
>
> Thanks,
>
> Janet
>
>
> Janet Williams
>
> Chief of Staff/Compliance Officer
>
> Bureau of Ethics and Campaign Finance
>
> 404 James Robertson Pkwy., Suite 104

Nashville, TN 37243

Janet.Williams@tn.gov

615-741-7959

615-253-5372

*This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. § 10-7-503, et seq. Any reply to this email may also be subject to this act.*

*The information contained in this message may be privileged and confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any and all copies of this message.*

**From:** Sydney Friedopfer <faithfamilyfreedomtn@gmail.com>
**Sent:** Wednesday, October 28, 2020 2:59 PM
**To:** Lauren Topping <Lauren.Topping@tn.gov>
**Cc:** William Young <William.Young@tn.gov>; Janet Williams <Janet.Williams@tn.gov>
**Subject:** [EXTERNAL] Re: Complaint received against Faith Family Freedom PAC

Thank you for your email.

We are in the process of moving offices and do not yet have a new permanent address.

If possible, please send the information to my email for review.

On Wed, Oct 28, 2020 at 2:13 PM Lauren Topping <Lauren.Topping@tn.gov> wrote:

> Ms. Friedopfer,
>
> The Tennessee Registry of Election Finance has received a sworn complaint filed against your organization. We are attempting to forward a copy of the complaint to

you; could you please provide a valid mailing address for this purpose? Your prompt attention to this matter is appreciated.

Sincerely,

Lauren Topping

General Counsel and Compliance Officer

Bureau of Ethics and Campaign Finance

404 James Robertson Pkwy., Suite 104

Nashville, TN 37243

Lauren.Topping@tn.gov

615-532-5370

629-221-1909

*This electronic mail may be subject to the Tennessee Public Records Act, Tenn. Code Ann. § 10-7-503, et seq. Any reply to this email may also be subject to this act.*

*The information contained in this message may be privileged and confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any and all copies of this message.*