# JANUARY 13, 2022 MEETING MINUTES
# REGISTRY OF ELECTION FINANCE

The Registry of Election Finance ("the Registry" or "the Board") of the Bureau of Ethics and Campaign Finance ("the Bureau") met at 10:00 AM on Thursday, January 13, 2022 at the W.R. Snodgrass Tower, 312 Rosa L. Parks Ave., Nashville, in the Nashville Room of the 3rd Floor Conference Center.

Presiding over the meeting was Chairwoman Paige Burcham-Dennis. Attending the meeting were Board Members Tom Lawless, Tom Morton, Paz Haynes, David Golden and Henry Fincher. Members Golden and Fincher participated remotely by phone. Executive Director Bill Young, Assistant Director Lance Frizzell, General Counsel Lauren Topping, Chief of Staff Janet Williams, and Director of Audit Jay Moeck also attended the meeting. The meeting was open to the public. This meeting was recorded via video and audio recording.

Member Lawless moved to suspend the rules to allow two members of the Board to participate by telephone. The motion was seconded and approved by a voice vote. A physical quorum of the members present at the meeting was confirmed.

*Approval of Meeting Minutes*

Member Lawless moved to approve the meeting minutes of the Registry's previous November 4, 2021 meeting as presented. The motion was seconded by Member Golden and approved by voice vote.

*Audit*

Faith Family Freedom Fund, Case No. 20-07: Member Lawless made a motion to allow a witness, Sydney Friedopfer, to participate via telephone. The motion was seconded and approved by voice vote. Sydney Friedopfer participated in the meeting by phone and confirmed her understanding that her testimony would be considered to be under oath despite her participation by phone. Counsel Lauren Topping presented a summary of the status of the case.

Ms. Friedopfer testified that she had opened the political campaign committee (PAC) on behalf of her friend, Cade Cothren. Ms. Friedopfer stated that after she opened the PAC and then turned over all information regarding the PAC to Mr. Cothren. Ms. Friedopfer stated that she was not involved in the activities of the PAC and that she had no knowledge of its expenditures, filings, or activities. Ms. Friedopfer stated that, to the best

of her knowledge, she did not participate or sign to open any banking accounts or authorize any banking transactions on behalf of the PAC. She confirmed that, if such records exist, she has no objection to those documents being released to the Registry. Ms. Friedopfer stated that she did not correspond with the Registry at any time prior to approximately early December 2021 when Counsel reached out to her by phone. Ms. Friedopfer testified that she spoke with Mr. Cothren in approximately early December, at which time he advised her that the Registry had no authority over her personally and that she did not need to cooperate with the Registry. Ms. Friedopfer stated that she had no knowledge of an email address (faithfamilyfreedomtn@gmail.com) operated by the PAC and has never corresponded with the Registry via this email address. Ms. Friedopfer testified that she was not aware of any other individuals involved with the PAC's activities, including Brandon Crawford.

Member Lawless moved to accept the audit as presented. The motion was seconded and approved by voice vote. Member Lawless moved to reopen the audit for further investigation. Member Golden seconded the motion, which was approved by voice vote.

After further discussion, Member Fincher moved to issue a subpoena to appear before the Registry and a subpoena duces tecum to Cade Cothren. The motion was seconded by Member Lawless and approved by a roll call vote.

The members discussed the need to schedule a special meeting in the future to address any records received. The Registry directed that Counsel send a spoliation letter to Mr. Cothren, Ms. Friedopfer, Representative Glen Casada, Mr. Brandon Crawford, Representative Charlie Baum, Representative Scott Warner, Mr. Rick Tillis, Ms. Carole Simpson and "to anyone with involvement" with the PAC. After further discussion, Member Lawless moved to issue a subpoena duces tecum, requesting all records, including ESI, created by, in the possession of, and exchanged by and between the following individuals relating to the PAC: Representative Glen Casada, Mr. Brandon Crawford, Representative Charlie Baum, Representative Scott Warner, Mr. Rick Tillis, and Ms. Carole Simpson. Member Fincher seconded the motion. The motion was unanimously approved by a roll call vote.

