| | |
|---|---|
| **From:** | Sydney Hope Friedopfer <sydhfried@gmail.com> |
| **Sent:** | Thur 1/9/2020 4:45:03 PM (UTC) |
| **To:** | Cade Cothren <cadecothren@gmail.com> |
| **Subject:** | Re: PAC Form, ILY |

is this good

# APPOINTMENT OF POLITICAL TREASURER
## For Multi-Candidate Committees (PACs)

### INSTRUCTIONS

This form must be used to appoint a political treasurer as required by the Campaign Financial Disclosure Act (T.C.A. §2-10-105) for multi-candidate committees (PACs). No funds may be received or expended for a future election until a political treasurer has been appointed. A new form must be filed if the treasurer is changed.

Committees that make contributions only to candidates for state public office must file this form with the Registry of Election Finance, 404 James Robertson Parkway, Suite 104, Nashville, TN 37243-1360. Committees that make contributions only to candidates for local public office must file with the local county election commission in the county where the contributions are made. Committees giving to both state and local candidates should file the original with the Registry and a copy with the county election commission in any county the committee is making contributions.

| 1. Date | 2. Name of Committee |
|---|---|
| 1-9-2020 | Faith Family Freedom Fund |

**3. Address and Phone**
Street or Rural Route: 730 East 950 C A308  City: Orem  State: UT  Zip Code: 84097  Phone: (305) 905-9714

**4. Committee Name as it Appears on Checks:** Faith Family Freedom Fund

**5. Type of Candidate Supported (Check One or Both):** ☑ State Candidate  ☑ Local Candidate

**6. Treasurer Name:** Sydney Friedopfer

**7. E-mail Address:** faithfamilyfreedomTN@gmail.com

**8. Treasurer Address and Phone**
Street or Rural Route: [redacted]  City: Orem  State: UT  Zip Code: 84097  Phone: (305) [redacted]

**9.** Is your committee controlled by a political party on the national, state of local level or by a caucus of a political party established by the members of either house of the general assembly?
☐ Yes  ☑ No
Name of Party (Democrat or Republican)

**10.** Is your committee affiliated with any other multi-candidate committee? If yes, please list name and address of committee(s) below.
☐ Yes  ☑ No

**11. Committee Officers (Name, Position and Address)** (Must list at least one officer in addition to the treasurer listed above)
Debra Friedopfer, Chairman, [redacted] Salt Lake City, UT 84104

**12. Appointing Authority and Treasurer Signature** (Both signatures must be witnessed. Treasurer can not witness signature.)
I certify under the penalty of perjury that the information given on this form is true and accurate. In addition, I understand that the Registry of Election Finance/County Election Commission must be notified of any change in this information.

_Signature of Appointing Authority_      _[signature] Signature of Treasurer_

_Signature of Witness_      _[signature] Signature of Witness_

### ELECTRONIC FILING

If you are interested in filing your campaign financial disclosure statements with the Registry electronically then you will need an ID and password. You may go to https://apps.tn.gov/tncamp to see a demonstration of the electronic filing system. If you check the box below and sign, the Registry will send you an ID and password along with instructions on how to get started on the electronic filing system. If you have any questions, please feel free to contact the Registry office at (615) 741-7959.

☑ I would like to receive an ID and Password to file campaign financial disclosure statements electronically.

Registry of Election Finance
SS-1112 (Rev. 11/18)

RDA Pending

Sent from my iPhone

On Jan 9, 2020, at 9:06 AM, Cade Cothren <cadecothren@gmail.com> wrote:

https://www.tn.gov/content/dam/tn/tref/documents/pacs/ss-1112%20rev.%2011.19%20no%20fee.pdf