# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 836580893482  
Name:  
Given Name:  
Family Name:  
e-Mail: faithfamilyfreedomtn@gmail.com  
Alternate e-Mails:  

Created on: 2020-01-09 15:22:45 Z  
Terms of Service IP:  

Services: Gmail, Google Hangouts, Web & App Activity, Location History, Google Voice  

Deletion Date: 2021-06-25 15:15:49 Z  
Deletion IP:  

Last Updated Date:  
Last Logins:  

## ACCOUNT RECOVERY

Recovery e-Mail:  
Recovery SMS:  

## PHONE NUMBERS

Signin Phone Numbers:  
2-Step Verification Phone Numbers:  

## IP ACTIVITY

| Timestamp | IP Address | Activity Type |
|---|---|---|
| 2021-06-25 15:15:24 Z | 136.29.148.39 | Login |
| 2021-06-21 19:55:32 Z | 136.29.148.39 | Login |

## MADISON INFORMATION

## MADISON ADMIN INFORMATION