```
          "senderId" : "1[REDACTED]1568",
          "recipientId" : "1[REDACTED]",
          "text" : "Thank you. Let's definitely stay in touch as things progress",
          "createdAt" : "2023-03-17T01:51:48.595Z",
          "mediaUrls" : [ ],
          "reactions" : [ ],
          "urls" : [ ]
        }
      },
      {
        "messageCreate" : {
          "id" : "1636534661001228293",
          "senderId" : "[REDACTED]",
          "recipientId" : "[REDACTED]1568",
          "text" : "We will. If you want to give us anything to leak out about him without it coming from you, we are open. Our only goal is to take him down.",
          "createdAt" : "2023-03-17T01:07:23.217Z",
          "mediaUrls" : [ ],
          "reactions" : [ ],
          "urls" : [ ]
        }
      },
      {
        "messageCreate" : {
          "id" : "1636526300474093573",
          "senderId" : "[REDACTED]1568",
          "recipientId" : "[REDACTED]",
          "text" : "Im doing all I can. Lots more to come. Stay tuned. But please, please, please join in as much as you can",
          "createdAt" : "2023-03-17T00:34:09.915Z",
          "mediaUrls" : [ ],
          "reactions" : [ ],
          "urls" : [ ]
        }
      },
      {
        "messageCreate" : {
          "id" : "1636518466797666308",
          "senderId" : "[REDACTED]",
          "recipientId" : "[REDACTED]1568",
          "text" : "Sexton is openly defending McNally now. This is the time to take him down. Can you help us?",
          "createdAt" : "2023-03-17T00:03:02.228Z",
          "mediaUrls" : [ ],
          "reactions" : [ ],
          "urls" : [ ]
        }
      },
      {
        "messageCreate" : {
          "id" : "1631846538963042312",
          "senderId" : "[REDACTED]",
          "recipientId" : "[REDACTED]1568",
          "text" : "We'd still like to learn more about Sexton's crimes from you or Ava or anyone else.",
          "createdAt" : "2023-03-04T02:38:27.818Z",
          "mediaUrls" : [ ],
```