{
"messageCreate" : {
"id" : "1646535836467355652",
"senderId" : "[REDACTED]1568",
"recipientId" : "[REDACTED]",
"text" : "Lots of in-fighting going on privately in the caucus. And it's only going to get worse today when their caucus meeting is leaked. Keep up the pressure",
"createdAt" : "2023-04-13T15:28:29.264Z",
"mediaUrls" : [ ],
"reactions" : [ ],
"urls" : [ ]
}
},
{
"messageCreate" : {
"id" : "1646534022959431684",
"senderId" : "[REDACTED]1568",
"recipientId" : "[REDACTED]",
"text" : "Yes. Heat is HEAVY. What's the back channel? Threats or just to chill out?",
"createdAt" : "2023-04-13T15:21:16.882Z",
"mediaUrls" : [ ],
"reactions" : [ ],
"urls" : [ ]
}
},
{
"messageCreate" : {
"id" : "1646482892472610822",
"senderId" : [REDACTED]",
"recipientId" : [REDACTED]1568",
"text" : "Are you hearing anything about Sexton taking heat? He keeps back channeling to me to stop with the mistress stuff",
"createdAt" : "2023-04-13T11:58:06.435Z",
"mediaUrls" : [ ],
"reactions" : [ ],
"urls" : [ ]
}
},
{
"messageCreate" : {
"id" : "1645924510258823172",
"senderId" : "[REDACTED]1568",
"recipientId" : "[REDACTED]",
"text" : "Interesting to be a spectator and not the one in the hot seat",
"createdAt" : "2023-04-11T22:59:17.731Z",
"mediaUrls" : [ ],
"reactions" : [ ],
"urls" : [ ]
}
},
{