

← Post

**Cade Cothren** ✓
@CadeCothren

Nearly three years ago, a swarm of heavily armed federal agents arrived at my door, battering rams in hand, to arrest me following an indictment.

I told News Channel 5's Phil Williams that same day: "The truth will come out."

Since then, the federal government has used every tool at its disposal to silence me. They have targeted those close to me. They have engaged in tactics designed to intimidate me. They have publicly attacked me while restricting my ability to defend myself. They have operated in darkness, hiding behind sealed filings to shield their actions from public scrutiny.

At a time when the federal government should be tackling real issues, they have instead spent millions of taxpayer dollars prosecuting me—over an alleged $51,947 state offense, despite knowing the services in question were delivered exactly as promised. Armed raids, years of investigations, endless legal battles—all over transactions they know were legitimate. They ignore the facts. They twist the truth. And in doing so, they expose exactly what this is: a staggering waste of resources, a mockery of justice, and proof that their priorities have nothing to do with the law—or the truth.

And now?

They are attempting to indict me once again—this time for cyberstalking. Not because I have actually done anything that meets the legal standard for the charge, but because I exercised my First Amendment right to speak out on matters of public concern.

Let me repeat that: the federal government is claiming that an elected official—the Tennessee Speaker of the House—is a "victim" of cyberstalking because members of the public dared to comment on alleged wrongdoing that he may still be engaged in to this very day, including:

•	Casting votes and running for office in Crossville while allegedly residing in Nashville—potentially violating election laws and raising serious concerns about voter fraud;

•	Falsifying and self-approving per diem reimbursement forms to inflate personal payments from Tennessee taxpayers;

•	Diverting over $54,000 per day in taxpayer funds to deploy state troopers and unlawfully restrict public access to the State Capitol—while using false statements to orchestrate an unprecedented and constitutionally questionable expulsion of duly elected lawmakers from the Tennessee General Assembly;

•	Secretly authorizing the use of taxpayer dollars to fund undisclosed settlements for sexual misconduct allegations against members of his own party;

•	Exploiting his position of public trust for personal gain—including

**Don't miss what's happening**
People on X are the first to know.

Case 3:22-cr-00282    Document 439-16    Filed 09/12/25    Page 1 of 2 PageID #: 6711

https://x.com/CadeCothren/status/1887530299430486124    1/2



honest services fraud.

The federal government is choosing to ignore clear and well-documented corruption at the highest levels of Tennessee's government while aggressively using its resources to prosecute citizens who have dared to speak out.

For three years, my life has been on hold. Three years of lost moments. Three years of stolen time with the people I love.

Not in pursuit of justice. Not to right a wrong. But to do the bidding of a man who is now positioning himself for higher office—further insulating himself from accountability for his actions.

I know the federal government may once again attempt to mischaracterize my words—to twist free speech into 'harassment' and the pursuit of facts into 'obstruction.'

So let me be unmistakably clear:

This is not intimidation. It is not harassment. It is not obstruction. It is not a threat.

This is the truth—protected by the First Amendment—and I will never apologize for speaking it.

I will not be intimidated. I will not be silenced.

The truth will continue to come out.

And as it does, those who have built their power on lies will no longer be able to hide from it.

Last edited 9:54 AM · Feb 6, 2025 · **161.6K** Views

💬 27          🔁 181          ♡ 402          🔖 33          ↗

Read 27 replies

**New to X?**
Sign up now to get you…

 Sign …

Create …

By signing up, you agre…
Privacy Policy, includi…

Something wer…

Terms of Service | Priva…
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in