**ORDER**
The Motion (Doc. No. 418) is denied for reasons that the Court will discuss at the sentencing hearing.
IT IS SO ORDERED.   *Eli Richardson*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT CADE COTHREN'S
## EXPEDITED MOTION TO INTERVIEW ALTERNATE JUROR

Defendant Cade Cothren, by and through his counsel, respectfully petitions the Court to conduct a limited interview of an alternate juror in this Cause, and in support of this Motion states as follows:

1. On May 16, 2025, after approximately a four-week trial and three days of deliberation, the jury convicted Mr. Cothren of nineteen different counts.

2. Before the jury retired to begin its deliberations, the Court informed the two alternate jurors of their alternate status, one of whom ("Juror #13") is the subject of this Motion.

3. A few hours after the jury returned its verdict, Juror #13 located Mr. Cothren's Facebook profile and engaged with an old post of his by selecting the "Care" button—🤗.

4. Mr. Cothren did not respond, acknowledge, or otherwise engage with Juror #13 in response to this interaction with his Facebook post.

5. On June 4, 2025, a private citizen who attended Mr. Cothren's trial contacted Mr. Cothren and asked if Mr. Cothren had any objection if he reached out to a few select jurors. Mr. Cothren responded and said that was the private citizen's right and he had no issue with it.

6. The private citizen did not tell Mr. Cothren which juror(s), if any, he contacted or the substance of any conversation(s) he may have had with the juror(s).