REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282-2

UNITED STATES OF AMERICA

V.

CADE COTHREN

(list each defendant appearing at hearing)

Judge: Eli Richardson
Hearing Date: 9/16/2025
Location: ☒ Nashville ☐ Columbia ☐ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillips and John Taddei

Defense Attorney(s): Cynthia Sherwood and Joy Longnecker

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☒
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Sentencing hearing held - Defendant sentenced to 30 months' incarceration, 1 year supervised release and $1,600 special assessment. Defendant to self-report to designated Bureau of Prisons facility by November 17, 2025, 2:00 p.m. Defendant's motion to remain on bond pending appeal due by October 7, 2025. Government's response due two weeks after filing of motion. Exhibit/Witness List to be filed. Judgment to enter.

Total Time in Court: 8 Hours and 11 Minutes

Clerk of Court
by: Julie Jackson