**To Whom It May Concern,**

We have had the privilege of knowing Glen Casada for over 15 years, and during that time, we have had the honor of attending Brentwood Baptist Church with him for more than 10 years. We shared many of those years in the same Sunday school class, and in that time, we came to know Glen as a kind, thoughtful, and genuinely helpful individual.

Beyond our church community, Glen and Clifton have worked together on several projects, including serving at Mt. Carmel Baptist Church for their summer youth camps, where we provided lessons and meals for grade school students. His commitment to service has always been evident, and his generosity with both his time and expertise is something we greatly value.

One notable example of Glen's giving nature was his assistance with a fundraiser for the Baptist Children's Home of Tennessee. Glen played a pivotal role in raising funds that allowed children in custody, along with their house parents, to enjoy a weekend in Pigeon Forge, including a trip to Dollywood. Many of these children would not have had the opportunity to experience such a trip due to the economic challenges they face at home. Glen's efforts made a significant impact on their lives.

In addition to his work with local ministries, Glen's professional insights have been invaluable. During Clifton's time at Ford Motor Company, he often had questions about how Ford could collaborate with the state of Tennessee to serve its needs. Glen's connections and advice were instrumental in connecting Clifton with the right government officials and organizations, facilitating several successful partnerships in economic development, tourism, and business growth. These partnerships ultimately contributed to Ford's investment in Nashville, which has brought benefits to the city, the state, and the local community.

Susan has known Glen as well. Susan works as a leadership consultant with major law firms around the country, as well as the largest ones in Nashville. Glen was highly respected for his work and leadership within TN government for many years and known as a man of integrity. He was known for regularly trying to help others.

Finally, we would like to address the current legal matter involving Glen. While the case is complex and the facts may not be easily understood by all, we are asking for prayers for judgment and grace as this matter moves through the legal process. The extensive media coverage has added to the difficulty of understanding the full scope of the situation, and we ask that you prayerfully consider all aspects of the case as the sentencing process unfolds.

Thank you for your time and consideration.

Sincerely,

Clifton Lambreth

Daniel Bradley Matthews LLC

Susan Raridon Lambreth, JD

LawVision LLC