# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:22-cr-00282 |
| | ) | JUDGE RICHARDSON |
| GLEN CASADA | ) | |

## DEFENDANT GLEN CASADA'S NOTICE OF APPEAL

Notice is hereby given that Defendant Glen Casada, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit the judgment of conviction[1] in the above-captioned criminal case that was announced in this matter on September 23, 2025, by the Honorable Eli Richardson. *See* Dkt. No. 454.

Dated: October 7, 2025.

Respectfully submitted:

*/s/ Jonathan Farmer*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
Chase Fann (BPR #036794)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com
*Counsel for Glen Casada*

---

[1] Fed.R.App.P. 4(b)(2) allows for a Notice of Appeal to be filed after the Court announces a decision, sentence, or order but before entry of the formal Judgment.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Taylor J. Phillips
Assistant US Attorney
U.S. Attorney's Office - Middle District
719 Church St. Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

John P. Taddei
Blake J. Ellison
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC  20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

/s/ Jonathan Farmer
Jonathan Farmer

2