IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-cr-00282 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| (1) GLEN CASADA | ) | |
| (2) CADE COTHREN | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO VACATE CONVICTIONS**

On November 7, 2025, President Trump issued full and unconditional pardons for defendants Glen Casada and Cade Cothren for the offenses against the United States in this case. (*See* D.E. #490 (Cothren), #495 (Casada)). Accordingly, the government respectfully requests that the Court vacate its judgments. (D.E. #452 (Cothren), #467 (Casada).) Defendants do not oppose the relief requested in this Motion.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney for the
Middle District of Tennessee

*/s/ Taylor Phillips*
TAYLOR PHILLIPS
Assistant United States Attorney
719 Church Street, Ste 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

JOHN P. TADDEI
Trial Attorney
Criminal Division
United States Department of Justice