UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:22-cr-00282 |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |

## ORDER

The Government previously suggested that the Unopposed Motion to Vacate Convictions (Doc. No. 497) should not be addressed until the Sixth Circuit issues its mandate (Doc. No. 496 at 1). But it appears that no such mandate may ever be issued in this case. Accordingly, by **January 8, 2026**, the parties shall file a notice of their views as to whether the Court may now act on this Motion.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE