# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 3:22-CR-00282** |
| **GLEN CASADA and** ) | **Judge Eli J. Richardson** |
| **CADE COTHREN,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT NOTICE REGARDING UNOPPOSED MOTION TO VACATE CONVICTIONS

Pursuant to this Court's January 5, 2026 Order (D.E. #502), the parties submit this joint notice regarding this Court's present authority to act on the Government's Motion to Vacate Convictions (D.E. #497) ("the Motion"). The Motion is unopposed because all parties agree that vacatur of the convictions is the appropriate outcome and that this Court now has authority to act on the Motion.

The Court's question regarding its authority to act on the Motion was prompted by the parties' request for the Court to grant the Motion as well as the other pending motions only after the mandate issued. *See* D.E. #496 at 1. At the time the parties suggested that procedure, the Sixth Circuit had not yet ruled on the motions to dismiss the appeals due to their mootness nor the request for a mandate to this Court. All parties expected that a mandate would issue, which it did not.

Upon the issuance of the presidential pardon (D.E. ##490, 495-96), the parties moved the Sixth Circuit to dismiss their respective appeals. On November 21, 2025, the Sixth Circuit granted the parties' respective motions to dismiss their appeals yet did not explicitly return the mandate to the District Court. *See* Exhibit A. Prompted by the Court's January 5, 2026 Order (D.E. #502), on January 12, 2026, the parties jointly moved the Sixth Circuit to issue a mandate and remand this case to the trial court. *See* Exhibit B. On January 21, 2026, the Sixth Circuit denied the motion

because it "does not issue a mandate following the voluntary dismissal of an appeal." *See* Exhibit C. Regardless, because no aspect of the case is before the Sixth Circuit, jurisdiction necessarily returns to this Court. As stated in the parties' November 14, 2025 Joint Notice Regarding Pardons, the trial court is only divested of "those aspects of the case involved in the appeal." *See* D.E. #496 at 1 (quoting *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); and *United States v. Jacques*, 6 F.4th 337, 344 (2d Cir. 2021) (applying *Griggs* in criminal case)). Because there are no longer any "aspects of the case involved in the appeal," this Court has the jurisdiction to act on the Motion at issue.

When a case becomes moot on appeal because of a presidential pardon, vacatur of the verdict is the appropriate outcome. *United States v. Schaffer*, 345 U.S. App. D.C. 111, 240 F.3d 35, 38 (2001) (citing *U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship*, 513 U.S. 18, 24-25 (1994)).

For all of the above reasons, this Court has authority to act on the Motion and should grant the Government's Unopposed Motion to Vacate Convictions (D.E. #497).

Respectfully submitted,

**Sherwood Boutique Litigation, PLC**

*/s/ Cynthia A. Sherwood*
Cynthia A. Sherwood, #20911
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
*Counsel for Cade Cothren*

**Barnes & Thornburg LLP**

*/s/ Joy Boyd Longnecker*
Joy Boyd Longnecker, #29627
1600 West End Avenue
Suite 800
Nashville, TN 37203
T: 615-621-6012
joy.longnecker@btlaw.com

*/s/ Jonathan Farmer*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
*Counsel for Glen Casada*

BRADEN H. BOUCEK
United States Attorney for the
Middle District of Tennessee

*/s/ Taylor Phillips*
TAYLOR PHILLIPS
Assistant United States Attorney
719 Church Street, Ste 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was electronically filed with the Clerk on February 4, 2026, and service was made upon the following via CM/ECF and/or by email.

Edward M. Yarbrough
Jonathan P. Farmer
Steven C. Fann
Spencer Fane LLP
511 Union Street
Suite 1000
Nashville, TN 37219
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
cfann@spencerfane.com

John P. Taddei
Blake J. Ellison
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov

Taylor J. Phillips
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203
taylor.phillips@usdoj.gov

W. David Bridgers
L. Wells Trompeter
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
david.bridgers@hklaw.com
wells.trompeter@hklaw.com

Ben M. Rose
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
ben@rosefirm.com

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood